# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:24-cv-01672 |

## DECLARATION OF CHRISTOPHER G. WARD

I, Christopher G. Ward, declare as follows:

1. I am an attorney admitted to practice before all courts in the States of Illinois and California and am a partner at Foley & Lardner LLP ("Foley"), and serve as counsel for Simplicity Ground Services LLC, d/b/a Menzies Aviation ("SGS") and Aircraft Service International, Inc., d/b/a Menzies Aviation ("ASI") (collectively, "Menzies" or "Defendants"). I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Menzies informed me that it received a copy of the Complaint on May 17, 2024. I have reviewed and am familiar with the facts as alleged in the Complaint that Plaintiff filed in this Action in the District Court, City and County of Denver, State of Colorado. I am also familiar with the procedural posture of this Action. A true and correct copy of the Summons, Complaint and all

other process and pleadings filed with District Court, City and County of Denver, State of Colorado, where it is captioned *Chiquita Joyner, et al. v. Frontier Airlines, Inc., et al.*, Case No. 2023CV31460, are attached to the Notice of Removal as Exhibit A.

3. Defendants will be filing with the Clerk of the State Court in which this action is currently pending a Notice of Filing, together with this Notice of Removal and supporting documents, pursuant to 28 U.S.C. § 1446(d). Copies of the Notice of Filing together with this Notice of Removal are being served on Plaintiff pursuant to 28 U.S.C. § 1446(d).

4. The Action as filed in the State Court is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(d), as amended by CAFA, because the matter in controversy as reasonably alleged in the Complaint exceeds the value of $5,000,000, exclusive of interest and costs, and is a class action in which (i) at least one member of the Class is a citizen of a state different than Defendants, and (ii) the proposed Class includes at least 100 members.

5. Through discussions with Menzies' management with knowledge of its business structure, I have learned that SGS has the following sole limited liability corporation member:

    a. Menzies Aviation Inc. is, and was at the commencement of this Action, a Delaware corporation with its principal place of business in Dallas, Texas.

6. Also, in preparing the Notice of Removal, I, in conjunction with Menzies' human resources leadership, reviewed Menzies' documents related to the allegations in the Complaint, which illustrated that at all times relevant to this Action, Menzies employed approximately 1,477 employees who worked as Customer Service Agents in Colorado. Currently, Menzies employs 207 active Customer Service Agents in Colorado.

I declare under penalty of perjury under the laws of the State of Illinois and the United States that the foregoing is true and correct.

Executed on June 14, 2024 at Chicago, Illinois.

                                                /s/ *Christopher G. Ward*
                                                  Christopher G. Ward