# EXHIBIT B

## Register of Actions

|  | Filed by Plaintiff/Petitioner | **Case Number:** 2024CV031460 | **Division:** 259 |
|---|---|---|---|
|  | Filed by Defendant/Respondent | **Case Type:** Wages | **Judicial Officer:** Chris Jay Baumann |
|  | Filed by Court | **Case Caption:** Joyner, Chiquita et al v. Frontier Airlines Inc et al | **Court Location:** Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 06/10/2024 3:26 PM | Chris Jay Baumann | Denver County - District | N/A | Order *(Related Document)* | Order Granting Unopposed Motion for Extension of Time for Defendant Frontier Airlines, Inc. to Respond to Plaintiff's Individual and Class Action Complaint and Jury Demand | Public |
| A04F00F454BF9 | 06/07/2024 3:15 PM | Michael Francis Ryan | Foley and Lardner LLP | Simplicity Ground Serv Llc, Aircraft Serv Int Inc | Response *(Related Document)* | Defendants' Response to Plaintiffs' Individual and Class Action Complaint and Jury Demand | Public |
| 2C405BAB7EDB2 | 06/06/2024 4:32 PM | Carolyn B Theis Esq., Jennifer S Harpole Esq. | Littler Mendelson PC | Frontier Airlines Inc | Entry of Appearance | Entry of Appearance - Jennifer S. Harpole | Public |
|  |  |  |  |  | Entry of Appearance | Entry of Appearance - Carolyn B. Theis | Public |
|  |  |  |  |  | Motion *(Related Document)* | Unopposed Motion for Extension of Time for Defendant Frontier Airlines, Inc. to Respond to Plaintiff's Individual and Class Action Complaint and Jury Demand | Public |
|  |  |  |  |  | Proposed Order | Proposed Order Granting Unopposed Motion for Extension of Time for Defendant Frontier Airlines, Inc. to Respond to Plaintiff's Individual and Class Action Complaint and Jury Demand | Public |
| 16D95A63C9439 | 05/17/2024 3:25 PM | Abigail Zinman, Shelby Woods | HKM Employment Attorneys LLP | Chiquita Joyner, Helen Dixon (more) | Return of Service | Return of Service of complaint, summons, cover sheet, delay reduction order, order re discovery protocol, and pre trial order to Shannon White for Simplicity Ground Services LLC served on May 17 2024 | Public |
|  |  |  |  |  | Return of Service | Return of Service of complaint, summons, cover sheet, delay reduction order, order re discovery protocol, and pre trial order to Shannon White for Aircraft Service International Inc served on May 17 2024 | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | | Return of Service | Return of Service of complaint, summons, cover sheet, delay reduction order, order re discovery protocol, and pre trial order to Shannon White for Frontier Airlines Inc served on May 17 2024 | Public |
| N/A (Details) | 05/14/2024 11:43 AM | Chris Jay Baumann | Denver County - District | N/A | Order | Order Re: Discovery Protocol | Public |
| N/A (Details) | 05/14/2024 11:38 AM | Chris Jay Baumann | Denver County - District | N/A | Order | Pre-Trial Order | Public |
| N/A (Details) | 05/14/2024 11:37 AM | Chris Jay Baumann | Denver County - District | N/A | Order | Delay Reduction Order | Public |
| FA743A4FE39B9 | 05/14/2024 8:57 AM | Abigail Zinman, Shelby Woods | HKM Employment Attorneys LLP | Helen Dixon, Tajahne Hobley (more) | Complaint w/Jury Demand *(Related Document)* | INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND | Public |
| | | | | | Civil Case Cover Sheet | DISTRICT COURT CIVIL CASE COVER SHEET | Public |
| | | | | | Summons | DISTRICT COURT CIVIL SUMMONS - Frontier Airlines Inc. | Public |
| | | | | | Summons | DISTRICT COURT CIVIL SUMMONS - Simplicity Ground Services LLC | Public |
| | | | | | Summons | DISTRICT COURT CIVIL SUMMONS - Aircraft Service International Inc. | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Aircraft Serv Int Inc | Defendant | Active | MICHAEL FRANCIS RYAN (Foley and Lardner LLP) |
| Chiquita Joyner | Plaintiff | Active | ABIGAIL ZINMAN (HKM Employment Attorneys LLP)<br>SHELBY WOODS (HKM Employment Attorneys LLP) |
| Frontier Airlines Inc | Defendant | Active | CAROLYN B THEIS (Littler Mendelson PC)<br>JENNIFER S HARPOLE (Littler Mendelson PC) |
| Helen Dixon | Plaintiff | Active | ABIGAIL ZINMAN (HKM Employment Attorneys LLP)<br>SHELBY WOODS (HKM Employment Attorneys LLP) |
| Menzies Aviation | DBA | Active | N/A |
| Menzies Aviation | DBA | Active | N/A |
| Simplicity Ground Serv Llc | Defendant | Active | MICHAEL FRANCIS RYAN (Foley and Lardner LLP) |
| Tajahne Hobley | Plaintiff | Active | ABIGAIL ZINMAN (HKM Employment Attorneys LLP)<br>SHELBY WOODS (HKM Employment Attorneys LLP) |