# EXHIBIT B-2

X **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

DATE FILED: May 14, 2024 8:58 AM
FILING ID: FA743A4FE39B9
CASE NUMBER: 2024CV31460

| District Court City and County of Denver, Colorado Court Address: 1437 Bannock St.        Denver, Co 80202 | ▲ COURT USE ONLY ▲ |
|---|---|
| Plaintiff(s): CHIQUITA JOYNER, et al<br><br>v.<br><br>Defendant(s): FRONTIER AIRLINES, et al | |
| Attorney or Party Without Attorney (Name and Address):<br>Shelby Woods, HKM Employment Attorneys, LLP, 518 17th St., Suite 1100, Denver, CO 80202<br>Phone Number: 720.235.0105      E-mail: swoods@hkm.com<br>FAX Number: 720.668.8989      Atty. Reg. #:48606 | Case Number: |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,<br>COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT<br>AND JURY DEMAND** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

√    This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☐ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

**Or**

☐  Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.  √ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

**Date:** 05 / 14 / 2024

*Chiquita Joyner*
**Signature of Party**

**Date:** 5/14/2024

*/s/ Shelby Woods*
**Signature of Attorney for Party (if any)**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

                                                                 Audit trail

| | |
|---|---|
| **Title** | Chiquita Joyner - Civil Case Coversheet |
| **File name** | 2024.05.14_Civil_Case_Coversheet.docx |
| **Document ID** | 1b60c8036cb8b1c1f9235dc0a6466c750ddea9af |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

**SENT**    **05 / 14 / 2024**    Sent for signature to Chiquita Joyner
07:39:42 UTC-6    (chiquitajoyner83@gmail.com) from legalassistant@hkm.com
IP: 67.174.110.131

**VIEWED**    **05 / 14 / 2024**    Viewed by Chiquita Joyner (chiquitajoyner83@gmail.com)
08:22:28 UTC-6    IP: 98.43.189.191

**SIGNED**    **05 / 14 / 2024**    Signed by Chiquita Joyner (chiquitajoyner83@gmail.com)
08:24:51 UTC-6    IP: 98.43.189.191

**COMPLETED**    **05 / 14 / 2024**    The document has been completed.
08:24:51 UTC-6