# EXHIBIT B-3

| | |
|---|---|
| District Court, City and County of Denver, Colorado<br>Court Address: 1437 Bannock St.<br>　　　　　　Denver, CO 80202 | |
| Plaintiffs: CHIQUITA JOYNER, et al,<br><br>v.<br><br>Defendants: FRONTIER AIRLINES, INC., et al | DATE FILED: May 14, 2024 8:57 AM<br>FILING ID: FA743A4FE39B9<br>CASE NUMBER: 2024CV31460<br><br>▲　　COURT USE ONLY　　▲<br><br>Case Number:<br><br>Division:　　　Courtroom: |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE NAMED DEFENDANT: Frontier Airlines, Inc.**
　　　　　　　　　　　　　　　　　　c/o Corporation Service Company
　　　　　　　　　　　　　　　　　　1900 W. Littleton Blvd.  Littleton, CO 80120

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 5/14/2024

　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court/Clerk

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Shelby Woods*
　　　　　　　　　　　　　　　　　　　　　　　Signature of Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　HKM Employment Attorneys, LLP
　　　　　　　　　　　　　　　　　　　　　　　Address of Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　518 17th St., Suite 1100, Denver, CO 80202

　　　　　　　　　　　　　　　　　　　　　　　303.205.0105    email: swoods@hkm.com
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600   R10-13     DISTRICT COURT CIVIL SUMMONS