# EXHIBIT B-10

DATE FILED: May 17, 2024 3:25 PM
FILING ID: 16D95A63C9439
CASE NUMBER: 2024CV31460

| ☐ County Court  ☒ District Court | |
|---|---|
| Denver County, Colorado<br><br>District Court<br>1437 Bannock St<br>Denver, Colorado 80202 | ▲ **COURT USE ONLY** ▲ |
| Plaintiff: CHIQUITA JOYNER, et al<br>v.<br>Defendant: FRONTIER AIRLINES, INC., et al | |
| Attorney or Party Without Attorney:<br><br>Phone Number:           E-mail:<br>FAX Number:            Atty. Reg. #: | Case Number: 2024CV31460<br><br>Division_____ Courtroom_____ |
| **RETURN OF SERVICE** | |

Received by Professional Process Servers, LLC to be served on **Simplicity Ground Services, LLC c/o Corporation Service Company, 1900 W Littleton Blvd, Littleton, CO 80120**.

I, Mark Jurim, do hereby affirm that on the **17th day of May, 2024** at **10:27 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Complaint, Summons, Civil Cover Sheet, Delay Reduction Order, Order Re Discovery Protocol and Pre-Trial Order** to: **Shannon White** as **Clerk for Registered Agent** at the address of: **1900 W Littleton Blvd, Littleton, CO 80120**, who stated they are authorized to accept service for **Simplicity Ground Services, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_[signature]_
Signature of Process Server

**Mark Jurim**
Process Server

Professional Process Servers, LLC
998 East Davies Avenue
Centennial, CO 80122
(303) 515-7250

Reference: CHIQUITA JOYNER        RETURN OF SERVICE                Page 1 of 1
                                                                    Job Number: LSK-2024001835