# EXHIBIT B-12

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: June 6, 2024 4:32 PM<br>FILING ID: 2C405BAB7EDB2<br>CASE NUMBER: 2024CV31460 |
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>    Defendants. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2024CV031460<br><br>Division: 259 |
| *Attorney for Defendant Frontier Airlines, Inc.:*<br><br>Jennifer S. Harpole, #38634<br>Littler Mendelson, P.C.<br>1900 Sixteenth Street, Suite 800<br>Denver, CO 80202<br>Phone: 303.629.6200<br>Fax: 303.629.0200<br>Email: jharpole@littler.com | |
| **ENTRY OF APPEARANCE** | |

    Please take notice that Jennifer S. Harpole, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Frontier Airlines, Inc.

    Respectfully submitted this 6th day of June, 2024.

          *s/ Jennifer S. Harpole*
          Jennifer S. Harpole, # 38634
          LITTLER MENDELSON, P.C.

          *Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via the Colorado Courts E-Filing System upon the following:

Shelby Woods, #48606
Abby Zinman, #57792
HKM Employment Attorneys LLP
518 17th Street, Suite 1100
Denver, CO 80202
Phone No.: 720.235.0105
Email: swoods@hkm.com
       azinman@hkm.com

*Attorneys for Plaintiff*

          *s/ Joanna Fox*
          Joanna Fox, Legal Secretary

4867-7173-8822.1 / 057446-1095