# EXHIBIT B-14

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: June 6, 2024 4:32 PM<br>FILING ID: 2C405BAB7EDB2<br>CASE NUMBER: 2024CV31460 |
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>    Defendants. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2024CV031460<br><br>Division: 259 |
| *Attorneys for Defendant Frontier Airlines, Inc.:*<br><br>Jennifer S. Harpole, #38634<br>Carolyn B. Theis, #54993<br>Littler Mendelson, P.C.<br>1900 Sixteenth Street, Suite 800<br>Denver, CO 80202<br>Phone: 303.629.6200<br>Fax: 303.629.0200<br>Email: jharpole@littler.com<br>       catheis@littler.com | |
| **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFFS' INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND** | |

Pursuant to C.R.C.P. 12.1, Defendant Frontier Airlines, Inc. ("Frontier"), by and through its undersigned counsel, respectfully requests a twenty-one (21) day extension of time up to and including June 28, 2024, to answer or otherwise respond to the Individual and Class Action Complaint and Jury Demand ("Complaint") filed by Plaintiffs Chiquita Joyner, Helen Dixon, and Tajahne Hobley (collectively, "Plaintiffs"), stating as follows:

1. Plaintiffs filed their Complaint on May 14, 2024.

2. Frontier was served with the Complaint on May 17, 2024.

3. Therefore, without the relief requested in this Motion, Frontier must answer or otherwise respond to the Complaint no later than June 7, 2024.

4. Given the recent retention of undersigned counsel and the complexity of issues raised, Frontier requires additional time to conduct an adequate factual investigation and prepare a response to Plaintiffs' Complaint.

5. Therefore, Frontier requests a twenty-one (21) day extension of time, up to and including June 28, 2024, to answer or otherwise respond to the Complaint.

6. This deadline has not previously been extended and no party will be prejudiced if the Court grants the extension requested.

7. Pursuant to C.R.C.P. 121 § 1-15(8), counsel for Frontier certifies that they have conferred with counsel for Plaintiffs who do not oppose this Motion or the relief requested herein.

8. Counsel for Frontier certifies that their client has been served with a copy of this Motion.

WHEREFORE, Defendant Frontier Airlines, Inc. respectfully requests that the Court enter an Order granting it a twenty-one (21) extension of time, up to and including June 28, 2024, to answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted this 6th day of June, 2024.

*s/ Jennifer S. Harpole*
Jennifer S. Harpole, # 38634
Carolyn B. Theis, #54993
LITTLER MENDELSON, P.C.

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2024, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFFS' INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND** was filed and served via the Colorado Courts E-Filing System upon the following:

Shelby Woods, #48606
Abby Zinman, #57792
Address: HKM Employment Attorneys LLP
518 17th Street, Suite 1100
Denver, CO 80202
Phone No.: 720.235.0105
Email: swoods@hkm.com
       azinman@hkm.com

*Attorneys for Plaintiff*

                                              *s/ Joanna Fox*
                                              Joanna Fox, Legal Secretary

4868-9526-3430.2 / 057446-1095

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: June 6, 2024 4:32 PM<br>FILING ID: 2C405BAB7EDB2<br>CASE NUMBER: 2024CV31460 |
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>    Defendants. | ▲ **COURT USE ONLY** ▲<br><br>Case Number: 2024CV031460<br><br>Division: 259 |
| **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFFS' INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND** | |

This matter is before the Court on Defendant Frontier Airlines, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. The Court, having reviewed the record and being otherwise fully advised, hereby GRANTS the Motion for Extension of Time. IT IS ORDERED that on or before June 28, 2024, Defendant Frontier Airlines, Inc. shall file an Answer or otherwise respond to Plaintiffs' Complaint.

SO ORDERED this ___ day of June, 2024.

BY THE COURT:

_____
DISTRICT COURT JUDGE