# EXHIBIT B-17

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, CO  80202 | |
| **CHIQUITA JOYNER, HELEN DIXON,** and **TAJAHNE HOBLEY**, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**FRONTIER AIRLINES, INC.**, a Colorado corporation; **SIMPLICITY GROUND SERVICES LLC, d/b/a Menzies Aviation**, a Delaware limited liability company; and **AIRCRAFT SERVICE INTERNATIONAL, INC., d/b/a Menzies Aviation,** a Delaware corporation,<br><br>    Defendants. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation; and Aircraft Service International, Inc., d/b/a Menzies Aviation*<br>Attorneys:     Michael F. Ryan (Reg. No.: 58326)<br>                       Foley & Lardner, LLP<br>Address:        1400 16th Street, Suite 200<br>                       Denver, Colorado 80202<br>Telephone:    (720) 437-2000<br>Facsimile:     (720) 437-2200<br>Email:            mryan@foley.com | Case Number:  24cv31460<br><br>Division: |
| **NOTICE OF FILING OF REMOVAL** | |

Please take notice that Defendants Simplicity Ground Services, d/b/a Menzies Aviation, and Aircraft Service International Group, Inc., d/b/a Menzies Aviation (collectively, "Menzies"), have filed a Notice of Removal removing this action to the United States District Court for the

District of Colorado on June 14, 2024. Attached hereto is a true and correct copy of said Notice of Removal.

June 14, 2024                                          Respectfully submitted,

/s/ *Michael F. Ryan*
Michael F. Ryan
Foley & Lardner LLP
1400 16th Street, Suite 200
Denver, CO 80202
Tel: (720) 437-2000
Fax: (720) 437-2200
mryan@foley.com

*Attorneys for Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation; and Aircraft Service International, Inc., d/b/a Menzies Aviation*

2

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2024 a true and correct copy of the foregoing **NOTICE OF FILING OF REMOVAL** was filed and served via *Colorado Courts E-Filing System* which will serve notice on all parties of record:

*/s/ Michael F. Ryan*
Michael F. Ryan

3