UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:24-cv-01672 |

## **DEFENDANT MENZIES' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Simplicity Ground Services LLC, d/b/a Menzies Aviation ("SGS") certifies that it is wholly owned by Menzies Aviation Inc. No other publicly held corporation owns 10% or more of SGS's stock. Defendant Aircraft Service International, Inc., d/b/a Menzies Aviation ("ASI") certifies that it is wholly owned by Aircraft Service International Group, Inc. No other publicly held corporation owns 10% or more of ASI's stock.

Dated:  June 14, 2024							Respectfully submitted,


							/s/ *Michael F. Ryan*
							Michael F. Ryan
							Foley & Lardner LLP
							1400 16th Street, Suite 200
							Denver, CO 80202
							Tel: (720) 437-2000
							Fax: (720) 437-2200
							mryan@foley.com

							*Attorneys for Simplicity Ground Services LLC, d/b/a Menzies Aviation and Aircraft Service International, Inc., d/b/a Menzies Aviation*

**CERTIFICATE OF SERVICE**

I, Michael Ryan, an-attorney, hereby certify that on June 14, 2024, I caused the foregoing **NOTICE OF REMOVAL** to be served on all parties of record, by the Court's ECF filing service.

/s/ *Michael Ryan*
Michael Ryan

3