## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-01672

CHIQUITA JOYNER, HELEN DIXON, and
TAJAHNE HOBLEY, *on behalf of themselves
and all others similarly situated*,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC., *a Colorado corporation*,
SIMPLICITY GROUND SERVICES LLC,
D/B/A MENZIES AVIATION, *a Delaware limited liability company*, and
AIRCRAFT SERVICE INTERNATIONAL, INC.,
D/B/A MENZIES AVIATION, *a Delaware corporation*,

      Defendants.

## ENTRY OF APPEARANCE

Please take notice that Carolyn B. Theis, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Frontier Airlines, Inc. Ms. Theis certifies that she is a member in good standing of the bar of this Court.

Respectfully submitted this 14th day of June, 2024.

                              *s/ Carolyn B. Theis*
                              Carolyn B. Theis
                              LITTLER MENDELSON, P.C.
                              1900 16th Street, Suite 800
                              Denver, CO 80202
                              Telephone: 303.299.6200
                              Facsimile: 303.299.0200
                              Email: catheis@littler.com

                              *Attorney for Defendant Frontier Airlines, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via the Colorado Courts E-Filing System upon the following:

Shelby Woods, #48606
Abby Zinman, #57792
HKM Employment Attorneys LLP
518 17th Street, Suite 1100
Denver, CO 80202
Phone No.: 720.235.0105
Email: swoods@hkm.com
azinman@hkm.com

*Attorneys for Plaintiff*

Michael F. Ryan
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Phone: (713) 276-5500
Facsimile: (713) 276-5555
Email: mryan@foley.com

*Attorney for Defendants SGS and ASI*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary

4866-1380-7559.1 / 057446-1095

2