# EXHIBIT B-15

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: June 7, 2024 3:15 PM<br>FILING ID: A04F00F454BF9<br>CASE NUMBER: 2024CV31460 |
| **CHIQUITA JOYNER, HELEN DIXON,** and **TAJAHNE HOBLEY**, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**FRONTIER AIRLINES, INC.**, a Colorado corporation; **SIMPLICITY GROUND SERVICES LLC, d/b/a Menzies Aviation**, a Delaware limited liability company; and **AIRCRAFT SERVICE INTERNATIONAL, INC., d/b/a Menzies Aviation,** a Delaware corporation,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br>▲ **COURT USE ONLY** ▲ |
| *Attorneys for Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation; and Aircraft Service International, Inc., d/b/a Menzies Aviation*<br>Attorneys:    Michael F. Ryan (Reg. No.: 58326)<br>                Foley & Lardner, LLP<br>Address:     1000 Louisiana Street, Suite 2000<br>                Houston, TX 77002<br>Telephone:  (713) 276-5500<br>Facsimile:   (713) 276- 5555<br>Email:        mryan@foley.com | Case Number:  24cv31460<br><br>Division: |
| **DEFENDANTS' RESPONSE TO PLAINTIFFS' INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND** | |

    Defendants Simplicity Ground Services, d/b/a Menzies Aviation, and Aircraft Service International Group, Inc., d/b/a Menzies Aviation (collectively, "Menzies"), by and through their attorneys, Foley & Lardner LLP, hereby responds to Plaintiffs' Individual and Class Action Complaint and Jury Demand (the "Complaint") as follows:

## GENERAL DENIAL

1. Unless specifically admitted herein, Menzies denies each and every allegation the Complaint and demands strict proof thereof.

## AFFIRMATIVE AND OTHER DEFENSES

Without accepting the burden of proof for any issue for which Menzies does not have the burden as a matter of law, Menzies sets forth the following additional defenses:

2. Plaintiffs' Complaint, and each and every purported cause of action set forth therein alleged against Defendant, fails to state facts sufficient to constitute a cause of action against Defendant.

3. Plaintiffs' Complaint, and each and every purported cause of action asserted therein, fails to state facts sufficient to state any claim upon which relief can be granted.

4. Plaintiffs' claims are time-barred, in whole or in part, by the applicable statute of limitations, including but not limited to common law, C.R.S. § 8-4-122, and 7 C.R.R. 1103-1:8 (8.2).

5. Plaintiffs have failed to meet their burden, inasmuch as they have had, and continue to have, the ability and opportunity to mitigate the damages alleged with respect to the subject matter of this litigation, and have failed and refused to mitigate the damages.

6. Plaintiffs' claims are barred, in whole or in part, by their failure to exhaust administrative remedies.

7. Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

8. Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

9. Plaintiffs' claims are barred, in whole or in part, because they have not suffered any damage or injury by any acts, events, or occurrences alleged in the Complaint, whether or not attributable to Menzies.

10. Plaintiffs' claims are barred, in whole or in part, because they are not entitled to a recovery of equitable relief due to the existence of an adequate remedy at law.

11. Plaintiffs' claims are barred, in whole or in part, because the wage and employment practices at issue in the Complaint were not unlawful, in that Menzies fully or substantially complied with all applicable statutes and regulations, including but not limited to the Colorado

Wage Act, the Colorado Minimum Wages of Workers Act, and the Colorado Overtime and Minimum Pay Standards Order (COMPS).

12. Plaintiffs have failed to meet their burden inasmuch as they fail to satisfy the prerequisites for class certification and, therefore, lack standing and cannot represent the interests of others as to each of the purported causes of action.

13. Plaintiffs have failed to meet their burden inasmuch as Plaintiffs' claims for a class action, the existence of which is expressly denied, including but not limited to being overly broad and unduly vague, are matters in which individual questions predominate, and Plaintiffs do not adequately represent the class and/or classes alleged in the Complaint. Accordingly, the allegations are not appropriate for class action treatment.

14. Plaintiffs have failed to meet their burden inasmuch as Plaintiffs cannot show a sufficient number of similarly situated individuals who have been harmed or desire to join this action (Menzies denies any exist).

15. Plaintiffs have failed to meet their burden inasmuch as the Complaint fails, to the extent it asserts a class action, because the alleged class Plaintiffs purport to represent, the existence of which is expressly denied, lacks numerosity.

16. Plaintiffs have failed to meet their burden inasmuch as the claims alleged by Plaintiffs are neither common nor typical of those, if any, of the alleged class and/or classes Plaintiffs purport to represent, the existence of which is expressly denied.

17. Plaintiffs have failed to meet their burden inasmuch as a class claim under C.R.S. § 8-4-101 *et seq.*, 7.C.C.R. 1103-1, and C.R.S. § 8-6-101 *et seq.* is not maintainable for, among other reasons, failure to satisfy the requirement of superiority.

18. Plaintiffs and the putative class they seek to represent are required to submit their claims to final and binding arbitration on an individual basis.

- 4 -

| | |
|---|---|
| June 7, 2024 | Respectfully submitted,<br><br>*/s/ Michael Ryan*<br>Michael F. Ryan<br>Foley & Lardner LLP<br>1000 Louisiana Street, Suite 2000<br>Houston, TX  77002<br>Phone:  (713) 276-5500<br>Facsimile:  (713) 276-5555<br>mryan@foley.com<br><br>***Attorneys for Defendants** Simplicity Ground Services LLC, d/b/a Menzies Aviation; and Aircraft Service International, Inc., d/b/a Menzies Aviation* |

- 4 -

4873-3194-2086.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2024 a true and correct copy of the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFFS' INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND** was filed and served via *Colorado Courts E-Filing System* which will serve notice on all parties of record:

*/s/ Michael Ryan*
Michael F. Ryan