# EXHIBIT B-16

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 BANNOCK STREET, RM 256, DENVER, CO, 80202<br>**Plaintiff(s)** CHIQUITA JOYNER et al.<br>v.<br>**Defendant(s)** FRONTIER AIRLINES INC et al. | DATE FILED: June 10, 2024 3:26 PM<br>CASE NUMBER: 2024CV31460<br><br>⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2024CV31460<br>Division: 259    Courtroom: |
| **Order Granting Unopposed Motion for Extension of Time for Defendant Frontier Airlines, Inc. to Respond to Plaintiff's Individual and Class Action Complaint and Jury Demand** | |

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 6/10/2024

*[signature]*

CHRISTOPHER JAY BAUMANN
District Court Judge

Page 1 of 1

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202 | |
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>    Defendants. | ▲ **COURT USE ONLY** ▲<br><br>Case Number: 2024CV031460<br><br>Division: 259 |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFFS' INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND**

This matter is before the Court on Defendant Frontier Airlines, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. The Court, having reviewed the record and being otherwise fully advised, hereby GRANTS the Motion for Extension of Time. IT IS ORDERED that on or before June 28, 2024, Defendant Frontier Airlines, Inc. shall file an Answer or otherwise respond to Plaintiffs' Complaint.

SO ORDERED this ___ day of June, 2024.

BY THE COURT:

_____
DISTRICT COURT JUDGE

Attachment to Order - 2024CV31460