IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1672-KAS

CHIQUITA JOYNER, HELEN DIXON, and
TAJAHNE HOBLEY, on behalf of themselves
And all others similarly situated,

  Plaintiffs,

V.

FRONTIER AIRLINES, INC., a Colorado
Corporation; SIMPLICITY GROUND
SERVICES LLC, d/b/a MENZIES AVIATION,
a Delaware limited liability company; and
AIRCRAFT SERVICE INTERNATIONAL, INC.,
d/b/a MENZIES AVIATION, a Delaware corporation,

  Defendants.

## ENTRY OF APPEARANCE OF ABBY ZINMAN

  Abby Zinman of **HKM Employment Attorneys, LLP,** hereby enters her appearance as counsel of record for the Plaintiffs, Chiquita Joyner, Helen Dixon, Tajahne Hobley, individually and all others similarly situated, in the above captioned case.

  Dated this 17th day of June, 2024

              **HKM Employment Attorneys, LLP**

              By: */s/ Abby Zinman*
              Abby Zinman #57792
              Shelby Woods, #48606
              518 17th Street, Suite 1100
              Denver, CO 80202
              Tele: (720) 410-8372
              Email: azinman@hkm.com
              *Attorneys for Plaintiffs Chiquita Joyner,*

*Helen Dixon, and Tajahne Hobley, individually and all others similarly situated.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2024, a true and correct copy of the foregoing ENTRY OF APPEARANCE OF ABBY ZINMAN was filed and served via CM/ECF on the following:

Michael F. Ryan
Foley & Lardner, LLP
1400 16th Street, Suite 200
Denver, Colorado 80202
(720) 437-2000
(720) 437-2200
mryan@foley.com

*Attorneys for Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation; and Aircraft Service International, Inc., d/b/a Menzies Aviation*

Jennifer S. Harpole
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Phone: 303.629.6200
Fax: 303.629.0200
jharpole@littler.com
catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

/s/ Tammy Harris
Tammy Harris