## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-01672-KAS

CHIQUITA JOYNER, HELEN DIXON, and
TAJAHNE HOBLEY, *on behalf of themselves
and all others similarly situated*,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC., *a Colorado corporation*,
SIMPLICITY GROUND SERVICES LLC,
D/B/A MENZIES AVIATION, *a Delaware limited liability company*, and
AIRCRAFT SERVICE INTERNATIONAL, INC.,
D/B/A MENZIES AVIATION, *a Delaware corporation*,

      Defendants.

---

## STIPULATION OF EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFF'S INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND [ECF #6]

Pursuant to D.C.COLO.L.CivR 6.1(a), Plaintiffs Chiquita Joyner, Helen Dixon, and Tajahne Hobley (collectively, "Plaintiffs") and Defendant Frontier Airlines, Inc. ("Frontier") stipulate to a seven (7) day extension of time for Frontier to respond to Plaintiff's Individual and Class Action Complaint and Jury Demand [ECF #6] ("Complaint"). Pursuant to the parties' agreement, Frontier will file its response on or before **June 28, 2024.** In support of this Stipulation, the parties state as follows:

    1.    Plaintiffs filed their Complaint in the District Court for the City and County of Denver, Colorado, on May 14, 2024. *See* ECF #6.

    2.    Frontier was served with Plaintiffs' Complaint on May 17, 2024. *See* ECF #1-11.

1

3.     Defendants Simplicity Ground Services LLC, d/b/ Menzies Aviation and Aircraft Services International, Inc., d/b/a Menzies Aviation removed the case to this Court on June 14, 2024. *See* ECF #1.

4.     Therefore, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), absent this agreement, Frontier's deadline to answer or otherwise respond to Plaintiffs' Complaint is June 21, 2024.

5.     Given the recent retention of undersigned counsel and the complexity of issues raised, Frontier requires additional time to conduct an adequate factual investigation and prepare a response to Plaintiffs' Complaint. Therefore, the parties stipulate to a seven (7) day extension of that deadline, up to and including June 28, 2024.

6.     Frontier requested an extension of time up to and including June 28, 2024, to answer or otherwise respond to Plaintiffs' Complaint when the case was pending in state court to which Plaintiffs did not oppose, and the Court granted. *See* ECF #1-16; ECF #1-18.

7.     The stipulated extension will not affect any other deadlines in the case.

8.     As required by D.C.Colo.LCivR 6.1(c), undersigned counsel will serve a copy of this stipulation on their respective clients.

Respectfully submitted this 18th day of June, 2024.

*s/ Carolyn B. Theis*
Jennifer S. Harpole
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: jharpole@littler.com
          catheis@littler.com

2

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2024, I filed the foregoing **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFF'S INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND [ECF #6]** using the Court's CM/ECF filing system which will serve the following parties:

Shelby Woods, #48606
Abby Zinman, #57792
HKM Employment Attorneys LLP
518 17th Street, Suite 1100
Denver, CO 80202
Phone No.: 720.235.0105
Email: swoods@hkm.com
       azinman@hkm.com

*Attorneys for Plaintiffs*

Michael F. Ryan
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Phone: (713) 276-5500
Facsimile: (713) 276-5555
Email: mryan@foley.com

*Attorney for Defendants SGS and ASI*

s/ Joanna Fox<br>Joanna Fox, Legal Secretary

4866-8418-7849.1 / 057446-1095