UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>Defendants. | Case No.: 1:24-cv-1672-KAS |

**ENTRY OF APPEARANCE**

Christopher Ward of the law firm of Foley & Lardner LLP, hereby enters his appearance as counsel of record for Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation ("SGS") and Aircraft Service International, Inc., d/b/a Menzies Aviation ("ASI") (collectively, "Menzies" or "Defendants").

Dated: June 20, 2024						Respectfully submitted,

							/s/ *Christopher Ward*
							Christopher Ward
							Foley & Lardner LLP
							321 N. Clark Street, Suite 3000
							Chicago, IL 60654
							Tel: (312) 832-4500
							Fax: (312) 832-4700
							cward@foley.com

							Michael F. Ryan
							Foley & Lardner LLP
							1400 16th Street, Suite 200
							Denver, CO 80202
							Tel: (720) 437-2000
							Fax: (720) 437-2200
							mryan@foley.com

							*Attorneys for Simplicity Ground Services LLC, d/b/a Menzies Aviation and Aircraft Service International, Inc., d/b/a Menzies Aviation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via CM/ECF on all parties of record.

							/s/ *Christopher Ward*
							Christopher Ward