IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-1672-KAS

CHIQUITA JOYNER, HELEN DIXON, and
TAJAHNE HOBLEY, on behalf of themselves
And all others similarly situated,

    Plaintiffs,

V.

FRONTIER AIRLINES, INC., a Colorado
Corporation; SIMPLICITY GROUND
SERVICES LLC, d/b/a MENZIES AVIATION,
a Delaware limited liability company; and
AIRCRAFT SERVICE INTERNATIONAL, INC.,
d/b/a MENZIES AVIATION, a Delaware corporation,

    Defendants.

## PLAINTIFFS' NOTICE OF FILING THEIR FIRST AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND

Plaintiffs, Chiquita Joyner, Helen Dixon, and Tajahne Hobley, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, HKM Employment Attorneys, LLP, hereby submit this Notice of Filing Their First Amended Individual and Class Action Complaint and Jury Demand ("FAC") and, in support thereof, state as follows:

1. This matter was originally filed by the Plaintiffs in Denver District Court on May 14, 2024.

2. On June 7, 2024, Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation, and Aircraft Service International Inc., d/b/a Menzies Aviation (collectively "Menzies"), filed a Response to Plaintiff's Individual and Class Action Complaint and Jury Demand ("Complaint").

3. On June 14, 2024, Defendant Menzies filed a Notice of Removal to the United States District Court for the District of Colorado.

4. Fed. Rule of Civ. Proc. 15(a)(1) provides that a party may amend a pleading "once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

5. On June 18, 2024, Defendant Frontier Airlines, Inc. ("Frontier") filed a Stipulation of Extension of Time for Frontier to Respond to Plaintiff's Complaint up to and including June 28, 2024.

6. On June 28, 2024, Frontier filed a Motion to Partially Dismiss Plaintiffs' Complaint.

7. In accordance with D.C.COLO.LCIVR 15.1(a), Plaintiffs attach a redlined copy of the FAC, as Exhibit A.  A clean copy of Plaintiffs' FAC, is attached hereto as Exhibit B.

Dated this 19th day of July, 2024

**HKM Employment Attorneys, LLP**

By: /s/ Shelby Woods
Shelby Woods, #48606
Abby Zinman #57792
518 17th Street, Suite 1100
Denver, CO 80202
Tele: (720) 410-8372
Email: azinman@hkm.com

*Attorneys for Plaintiffs Chiquita Joyner, Helen Dixon, and Tajahne Hobley, individually and all others similarly situated.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2024, a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF FILING THEIR FIRST AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND** was filed and served via CM/ECF on the following:

Michael F. Ryan
Foley & Lardner, LLP
1400 16th Street, Suite 200
Denver, Colorado 80202
(720) 437-2000
(720) 437-2200
mryan@foley.com

*Attorneys for Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation; and Aircraft Service International, Inc., d/b/a Menzies Aviation*

Jennifer S. Harpole
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Phone: 303.629.6200
Fax: 303.629.0200
jharpole@littler.com
catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

/s/ Tammy Harris
Tammy Harris