IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01672-KAS

CHIQUITA JOYNER,
HELEN DIXON, and
TAJAHNE HOBLEY,
    on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC., a Colorado corporation,
SIMPLICITY GROUND SERVICES, LLC, a Delaware limited liability company doing business as Menzies Aviation, and
AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation doing business as Menzies Aviation,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant Frontier Airlines, Inc.'s **Motion to Partially Dismiss Plaintiffs' Individual and Class Action Complaint and Jury Demand [ECF #6]** [#17] (the "Motion"). On July 19, 2024, Plaintiffs filed an Amended Complaint [#21] as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1). *Notice* [#20]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#17] is **DENIED as moot**. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) ("It is well established that an amended complaint ordinarily supersedes the original and renders it of no legal effect."); *Scott v. Buckner Co.*, 388 F. Supp. 3d 1320, 1324 (D. Colo. 2019) (stating that any motion to dismiss directed at a superseded pleading is moot).

    Dated: July 22, 2024