**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CHIQUITA JOYNER, HELEN DIXON, and )
TAJAHNE HOBLEY, on behalf of )
themselves and all others similarly situated,)
　　　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　 )
　　vs. )
　　　　　　　　　　　　　　　　　　 )
FRONTIER AIRLINES, INC., a Colorado )
corporation; SIMPLICITY GROUND )
SERVICES LLC, D/B/A MENZIES )
AVIATION, a Delaware limited liability )
company; and AIRCRAFT SERVICE )
INTERNATIONAL, INC., D/B/A MENZIES )
AVIATION, a Delaware corporation, )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants. )
　　　　　　　　　　　　　　　　　　 )

Case No.: 1:24-cv-1672-KAS

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

Under 28 U.S.C. § 636(c) and

(1)　　D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to
　　　　Magistrate Judges);

or

(2)　　Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a
　　　　Magistrate Judge);

or

(3)　　D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

☒ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Shelby Woods<br>**Printed Name** | Chiquita Joyner, Helen Dixon and Tajahne Hobley.<br>**Party Represented** |
|---|---|
| _/s/ Shelby Woods_<br>_(with permission)_<br>**Signature** | July 29, 2024<br>**Date** |

| Christopher Ward<br>**Printed Name** | Aircraft Services International, Inc., d/b/a Menzies Aviation<br>**Party Represented** |
|---|---|
| _/s/ Christopher Ward_<br>**Signature** | July 29, 2024<br>**Date** |

| Christopher Ward<br>**Printed Name** | Simplicity Ground Services, LLC, d/b/a Menzies Aviation<br>**Party Represented** |
|---|---|
| _/s/ Christopher Ward_<br>**Signature** | July 29, 2024<br>**Date** |

| <u>Carolyn Theis</u><br>**Printed Name** | <u>Frontier Airlines, Inc.</u><br>**Party Represented** |
|---|---|
| *<u>/s/ Carolyn Theis</u>*<br>*<u>(with permission)</u>*<br>**Signature** | <u>July 29, 2024</u><br>**Date** |

**NOTE:**    You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.