IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01672-KAS

CHIQUITA JOYNER,
HELEN DIXON, and
TAJAHNE HOBLEY,
    on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC., a Colorado corporation,
SIMPLICITY GROUND SERVICES, LLC, a Delaware limited liability company doing business as Menzies Aviation, and
AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation doing business as Menzies Aviation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction** [#23] (the "Consent/Non-Consent Form"). This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). The signed Consent/Non-Consent Form [#23] indicates that at least one party has declined to consent.  Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated: July 29, 2024