# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-01672-SKC-KAS

CHIQUITA JOYNER, HELEN DIXON, and
TAJAHNE HOBLEY, *on behalf of themselves
and all others similarly situated*,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC., *a Colorado corporation*,
SIMPLICITY GROUND SERVICES LLC,
D/B/A MENZIES AVIATION, *a Delaware limited liability company*, and
AIRCRAFT SERVICE INTERNATIONAL, INC.,
D/B/A MENZIES AVIATION, *a Delaware corporation*,

      Defendants.

## STIPULATION OF EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND [ECF #21]

Pursuant to D.C.COLO.L.CivR 6.1(a), Plaintiffs Chiquita Joyner, Helen Dixon, and Tajahne Hobley (collectively, "Plaintiffs") and Defendant Frontier Airlines, Inc. ("Frontier") stipulate to a twenty-one (21) day extension of time for Frontier to respond to Plaintiffs' First Amended Individual and Class Action Complaint and Jury Demand [ECF #21] ("First Amended Complaint"). Pursuant to the parties' agreement, Frontier will file its response on or before August 23, 2024. In support of this Stipulation, the parties state as follows:

    1.    Plaintiffs filed their First Amended Complaint on July 19, 2024. *See* ECF #21.

    2.    Therefore, pursuant to Federal Rule of Civil Procedure 15(a)(3), absent this agreement, Frontier's deadline to answer or otherwise respond to the First Amended Complaint is

August 2, 2024.

3. Despite diligent efforts, given the complexity of issues raised, the length and scope of the First Amended Complaint, which spans approximately thirty-three (33) pages and is comprised of 131 separately numbered paragraphs and five claims for relief brought by three named Plaintiffs against three named Defendants, as well as the press of other business, Frontier requires additional time to conduct an adequate factual investigation and prepare a response. Therefore, the parties stipulate to a twenty-one (21) day extension of time, up to and including August 23, 2024.

4. Frontier has not previously requested an extension of time to answer or otherwise respond to Plaintiffs' First Amended Complaint but Plaintiffs previously stipulated to a twenty-one (21) day extension of time for Frontier to respond to Plaintiffs' original Complaint [ECF #6].[1] *See* ECF #14.

5. The stipulated extension will not affect any other deadlines in the case.

6. As required by D.C.Colo.LCivR 6.1(c), undersigned counsel will serve a copy of this stipulation on their respective clients.

Respectfully submitted this 31st day of July, 2024.

---

[1] Frontier timely filed a Motion to Partially Dismiss Plaintiffs' Complaint [ECF #17]. Shortly thereafter, Plaintiffs filed their First Amended Complaint [ECF #21].

| | |
|---|---|
| *s/ Shelby Woods* | *s/ Jennifer S. Harpole* |
| Shelby Woods, #48606 | Jennifer S. Harpole |
| Abby Zinman, #57792 | Carolyn B. Theis |
| HKM Employment Attorneys LLP | Littler Mendelson, P.C. |
| 518 17th Street, Suite 1100 | 1900 16th Street, Suite 800 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telepone: 720.235.0105 | Telephone: 303.629.6200 |
| Email: swoods@hkm.com | Facsimile: 303.629.0200 |
| azinman@hkm.com | Email: jharpole@littler.com |
| | catheis@littler.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendant Frontier Airlines, Inc.* |

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2024, I filed the foregoing **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND [ECF #21]** using the Court's CM/ECF filing system which will serve the following parties:

Michael F. Ryan
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Phone: (713) 276-5500
Facsimile: (713) 276-5555
Email: mryan@foley.com

*Attorney for Defendants SGS and ASI*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary

Pursuant to SKC Civ. Practice Standard 6.1A(c), undersigned counsel for Frontier will serve Jacalyn Peter, Vice President, Labor Relations, Frontier Airlines, Inc., with a file-stamped copy of this Stipulation on July 31, 2024.

*s/ Jennifer S. Harpole*
Attorney for Frontier Airlines, Inc.

Pursuant to Civ. Practice Standard 6.1A(c), undersigned counsel for Plaintiffs will serve Chiquita Joyner, Helen Dixon, and Tajahne Hobley with a file-stamped copy of this Stipulation on July 31, 2024.

*s/ Shelby Woods*
Attorney for Plaintiffs

4854-0735-8420.2 / 057446-1095

4