UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CHIQUITA JOYNER, HELEN DIXON,
and TAJAHNE HOBLEY, on behalf of
themselves and all others similarly
situated,

         Plaintiff,

vs.

FRONTIER AIRLINES, INC., a Colorado
corporation; SIMPLICITY GROUND
SERVICES LLC, D/B/A MENZIES
AVIATION, a Delaware limited liability
company; and AIRCRAFT SERVICE
INTERNATIONAL, INC., D/B/A
MENZIES AVIATION, a Delaware
corporation,

         Defendants.

Case No.: 1:24-cv-1672-KAS

---

**THE MENZIES DEFENDANTS'
APPENDIX TO MOTION TO COMPEL ARBITRATION**

## Movant's Appendix to Motion to Compel Arbitration

Page(s)

1. Declaration of Talin Bazerkanian (Exhibit A)……………………………......1-3

2. Tajahne Joyner Arbitration Agreement (Exhibit B)…………………………4-5

3. Helen Dixon Arbitration Agreement (Exhibit C)………………………….…..6-7

4. Tajahne Hobley Arbitration Agreement (Exhibit D)…………………………8-9

5. Declaration of Trissa Moreo (Exhibit E)………………………………….…10-14

6. Customer Service Agent Job Description (Exhibit F)………………….…..15-23

7. Kiosk Station Video (Exhibit G)………………………………………….........24

8. Bag Drop Counter Video (Exhibit H)…………………………………………. 25

9. Agent Assist Counter Video (Exhibit I)…………………………………………26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CHIQUITA JOYNER, HELEN DIXON, and )
TAJAHNE HOBLEY, on behalf of themselves )
and all others similarly situated, )
)
       Plaintiff, )
)
   vs. )
)
FRONTIER AIRLINES, INC., a Colorado )
corporation; SIMPLICITY GROUND )
SERVICES LLC, D/B/A MENZIES )
AVIATION, a Delaware limited liability )
company; and AIRCRAFT SERVICE )
INTERNATIONAL, INC., D/B/A MENZIES )
AVIATION, a Delaware corporation, )
)
      Defendants. )
_____)

Case No.: 1:24-cv-1672-KAS

**DECLARATION OF TALIN BAZERKANIAN**

I, Talin Bazerkanian, being duly sworn, states under oath as follows:

1.     My name is Talin Bazerkanian.  I am over the age of twenty-one and am otherwise competent to testify. I make the following statements based on my personal knowledge.

2.     I am the Senior Vice President, Americas Region, for Menzies Aviation (USA) Inc. ("Menzies"), the corporate parent of Simplicity Ground Services LLC, d/b/a Menzies Aviation ("SGS") and Aircraft Service International, Inc., d/b/a Menzies Aviation ("ASI"), defendants in the above-entitled matter (SGS and ASI collectively, the "Menzies Defendants").  I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I could and would competently testify thereto.

**EXHIBIT A**

3.      As a consequence of SGS and AMI belonging to the same corporate parent, SGS and AMI share certain policy materials and documents, such as job descriptions and agreements to individually arbitrate claims Arbitration Agreements.

4.      Plaintiffs in the above-entitled matter, Chiquita Joyner ("Joyner"), Tajahne Hobley ("Hobley"), and Helen Dixon ("Dixon") (collectively, the "Plaintiffs") each executed individual arbitration agreements (the "Arbitration Agreements") at the outset of their respective employments. Included with this declaration as Exhibits B-D are true and correct copies of those Arbitration Agreements. The Arbitration Agreements state that they apply to any and all "disputes relating to my employment and the terms and conditions of my employment . . . including but not limited to my compensation, wages, claims alleging failure to compensate for all hours worked, failure to pay overtime, failure to pay minimum wage, . . . failure to provide meal and/or rest breaks, and/or other claims involving employee wages . . ."

5.      Notably, the Arbitration Agreements further contain a procedure permitting the Plaintiffs to opt out of Menzies' arbitration policy by submitting a written opt out request to Menzies' human resources department during employment, and an express statement that "failure to opt out will demonstrate my intention to be bound". None of the Plaintiffs exercised this option to opt-out of the Arbitration Agreements during their employment with the Menzies Defendants.

6.      Menzies maintains a job description for PAX Agents that Plaintiffs received and signed, but that job description – especially the language regarding handling of customer baggage – does not capture the unique nature of the PAX Agents' job duties in Denver that Plaintiffs performed. A true and correct copy of that job description is included with this declaration as Exhibit F.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of August, 2024.

_Talin Bazerkanian_

Created With Tiny Scanner

**EXHIBIT A**



**MENZIES
AVIATION**

Incorporating **Simplicity USA** and **ASIG**

## AGREEMENT TO BE BOUND BY ALTERNATIVE DISPUTE RESOLUTION POLICY

I agree that in the event employment disputes arise between Menzies Aviation, which includes Simplicity USA, ASIG and any other subsidiaries of Menzies Aviation, (hereinafter referred to collectively as "Menzies Aviation" or Menzies"), on the one hand, and me, on the other hand, I agree to be bound by the Menzies Aviation ADR Policy, which provides for final and binding arbitration of employment-related disputes.

I understand that the Menzies Aviation ADR Policy applies to disputes relating to my employment and the terms and conditions of my employment (unless those terms and conditions are covered and pre-empted by a collective bargaining agreement grievance and arbitration process), including but not limited to my compensation, wages, claims alleging failure to compensate for all hours worked, failure to pay overtime, failure to pay minimum wage, failure to reimburse expenses, failure to pay wages upon termination, failure to provide meal and/or rest breaks, and/or other claims involving employee wages, benefits, discipline, performance evaluations, promotions and transfers, and the termination my employment, as defined in the ADR Policy materials. I also understand that this ADR Policy prohibits me from joining or participating in a class action or representative action, acting as a representative of others or otherwise consolidating a covered claim with claims of others.  However, this ADR policy does not apply to any claim or dispute which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I further acknowledge and agree that the Menzies ADR Policy applies to claims that include, but are not limited to the following: (a) alleged violations of federal, state and/or local constitutions, statutes or regulations, (including but not limited to claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act of 1967, the Equal Pay Act, the Family and Medical Leave Act, any state or local law prohibiting discrimination or harassment in employment, any state or local law providing for family or medical leave of any kind, or any other statutory or common law scheme prohibiting, among other things, discrimination or harassment because of race, color, age, religious creed, national origin, ancestry, disability, sexual orientation, gender identity and sex; (b) claims based on any purported breach of contractual obligation, including breach of the covenant of good faith and fair dealing (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process); (c) claims of wrongful termination or constructive termination (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process); (d) claims based on any purported breach of duty arising tort, including violations of public policy, for emotional distress and defamation (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process); and (e) claims related to the payment or non-payment of wages, expenses and /or the provisions of breaks as required by law, including, but not limited to, the Fair Labor Standards Act and any other statutory scheme governing wages and hours of work (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process).

In consideration of Menzies Aviation's return agreement to be bound by the Menzies Aviation ADR Policy and have any and all claims arising out of the employment relationship it may have against me resolved in arbitration, and pay the arbitration fees as described therein, it is agreed that the Alternative Dispute Resolution Policy attached hereto which provides for final binding arbitration is the exclusive means for

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

resolving Covered Disputes as defined in the Alternative Dispute Resolution Policy. No other action may be brought in court or in any other forum. I understand that this Agreement is a waiver of all rights to a civil court action for all disputed relating to my employment, the terms and conditions of employment and/or the termination of employment whether brought by me or by Menzies. Only an arbitrator, not a judge or jury, will decide the dispute, and any dispute relating to the interpretation or application of this Agreement, including enforceability, revocability, or validity, shall be decided by an arbitrator and not by a court or judge. In addition, I understand I am prohibiting from joining a class action or representative action, acting as representative of others, or otherwise consolidating a covered claim with the claims of others. I understand that if I do not wish to be bound by this Agreement, I must opt out by following the steps outlined in this Agreement. I agree that my failure to opt out will demonstrate my intention to be bound by this Agreement and my agreement to arbitrate all disputes arising out of or related to your employment as set forth below. Nothing contained in this Agreement is intended to require arbitration of any matter or claim which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I also acknowledge and agree that the following types of disputes are expressly excluded and not covered by this policy: (a) disputes related to workers' compensation and unemployment insurance; and (b) disputes or claims that are expressly excluded by federal or state statute or are expressly required to be arbitrated only under a different procedure pursuant to the terms of any benefit plan or collective bargaining agreement. I also acknowledge and agree that nothing in this ADR Policy prohibits any employee from filing a charge with a state or federal administrative agency, such as the U.S. Equal Employment Opportunity Commission, the National Labor Relations Board, or any state agency or federal agency that investigates and/or administratively adjudicates employment-related matters. A state or federal administrative agency would also be free to pursue any appropriate action. However, any claim that is not resolved administratively through such an agency shall be subject to this agreement to arbitrate and the ADR Policy.

I understand that I have the opportunity to ask questions regarding anything contained in the Menzies ADR Policy prior to my execution of my agreement to be bound by the Menzies ADR Policy.

I also understand that I am free at any time during my employment to opt out of my agreement to be bound by the Menzies ADR Policy and that I must take specific action to participate in legal action in court and/or to participate in any class action, collective action, or representative action. I understand that Menzies does not require arbitration as a mandatory condition of my employment, so if I want to opt out of this Agreement, I may do so by submitting a written request to opt out to Human Resources. I also understand that if I opt out, my revocation shall be prospective in character as explained in the ADR Policy. I understand that if I do opt out of this Agreement, I will not be subject to any adverse employment action or be retaliated against in any way because of my decision to opt out. I am aware that I have had an opportunity to consult with an attorney regarding this Agreement and how it affects my rights

Unlike the provisions of the Menzies Aviation Employee Handbook, the terms of the Agreement to Be Bound by Alternative Dispute Resolution Policy are contractual in nature.

By signing below, I acknowledge that I have reviewed and agreed to the terms and conditions set forth in the ADR Policy and this Agreement. I further understand that I may change my mind and opt out of this Agreement at any time during my employment, and that my revocation will be prospective in character and shall not apply to any claims initiated prior to opting out of the ADR Policy or to any claims based on facts occurring before you deliver your written request to revoke your agreement to be bound by the ADR Policy.

7/21/2022
_____
Date

Electronically Signed By
CHIQUITA JOYNER
_____
Employee Signature

Electronically Signed By
Crystal Lynette Williams
_____
For Menzies Aviation

CHIQUITA JOYNER
_____
Employee Name (Printed)

7/21/2022
_____
Date

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF** 

**EXHIBIT B**



Incorporating **Simplicity USA** and **ASIG**

## AGREEMENT TO BE BOUND BY ALTERNATIVE DISPUTE RESOLUTION POLICY

I agree that in the event employment disputes arise between Menzies Aviation, which includes Simplicity USA, ASIG and any other subsidiaries of Menzies Aviation, (hereinafter referred to collectively as "Menzies Aviation" or Menzies"), on the one hand, and me, on the other hand, I agree to be bound by the Menzies Aviation ADR Policy, which provides for final and binding arbitration of employment-related disputes.

I understand that the Menzies Aviation ADR Policy applies to disputes relating to my employment and the terms and conditions of my employment (unless those terms and conditions are covered and pre-empted by a collective bargaining agreement grievance and arbitration process), including but not limited to my compensation, wages, claims alleging failure to compensate for all hours worked, failure to pay overtime, failure to pay minimum wage, failure to reimburse expenses, failure to pay wages upon termination, failure to provide meal and/or rest breaks, and/or other claims involving employee wages, benefits, discipline, performance evaluations, promotions and transfers, and the termination my employment, as defined in the ADR Policy materials. I also understand that this ADR Policy prohibits me from joining or participating in a class action or representative action, acting as a representative of others or otherwise consolidating a covered claim with claims of others.  However, this ADR policy does not apply to any claim or dispute which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I further acknowledge and agree that the Menzies ADR Policy applies to claims that include, but are not limited to the following: (a) alleged violations of federal, state and/or local constitutions, statutes or regulations, (including but not limited to claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act of 1967, the Equal Pay Act, the Family and Medical Leave Act, any state or local law prohibiting discrimination or harassment in employment, any state or local law providing for family or medical leave of any kind, or any other statutory or common law scheme prohibiting, among other things, discrimination or harassment because of race, color, age, religious creed, national origin, ancestry, disability, sexual orientation, gender identity and sex; (b) claims based on any purported breach of contractual obligation, including breach of the covenant of good faith and fair dealing (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process); (c) claims of wrongful termination or constructive termination (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process); (d) claims based on any purported breach of duty arising tort, including violations of public policy, for emotional distress and defamation (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process); and (e) claims related to the payment or non-payment of wages, expenses and /or the provisions of breaks as required by law, including, but not limited to, the Fair Labor Standards Act and any other statutory scheme governing wages and hours of work (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process).

In consideration of Menzies Aviation's return agreement to be bound by the Menzies Aviation ADR Policy and have any and all claims arising out of the employment relationship it may have against me resolved in arbitration, and pay the arbitration fees as described therein, it is agreed that the Alternative Dispute Resolution Policy attached hereto which provides for final binding arbitration is the exclusive means for

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF** 

resolving Covered Disputes as defined in the Alternative Dispute Resolution Policy. No other action may be brought in court or in any other forum. I understand that this Agreement is a waiver of all rights to a civil court action for all disputed relating to my employment, the terms and conditions of employment and/or the termination of employment whether brought by me or by Menzies. Only an arbitrator, not a judge or jury, will decide the dispute, and any dispute relating to the interpretation or application of this Agreement, including enforceability, revocability, or validity, shall be decided by an arbitrator and not by a court or judge. In addition, I understand I am prohibiting from joining a class action or representative action, acting as representative of others, or otherwise consolidating a covered claim with the claims of others.  I understand that if I do not wish to be bound by this Agreement, I must opt out by following the steps outlined in this Agreement.  I agree that my failure to opt out will demonstrate my intention to be bound by this Agreement and my agreement to arbitrate all disputes arising out of or related to your employment as set forth below. Nothing contained in this Agreement is intended to require arbitration of any matter or claim which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I also acknowledge and agree that the following types of disputes are expressly excluded and not covered by this policy: (a) disputes related to workers' compensation and unemployment insurance; and (b) disputes or claims that are expressly excluded by federal or state statute or are expressly required to be arbitrated only under a different procedure pursuant to the terms of any benefit plan or collective bargaining agreement. I also acknowledge and agree that nothing in this ADR Policy prohibits any employee from filing a charge with a state or federal administrative agency, such as the U.S. Equal Employment Opportunity Commission, the National Labor Relations Board, or any state agency or federal agency that investigates and/or administratively adjudicates employment-related matters. A state or federal administrative agency would also be free to pursue any appropriate action. However, any claim that is not resolved administratively through such an agency shall be subject to this agreement to arbitrate and the ADR Policy.

I understand that I have the opportunity to ask questions regarding anything contained in the Menzies ADR Policy prior to my execution of my agreement to be bound by the Menzies ADR Policy.

I also understand that I am free at any time during my employment to opt out of my agreement to be bound by the Menzies ADR Policy and that I must take specific action to participate in legal action in court and/or to participate in any class action, collective action, or representative action.  I understand that Menzies does not require arbitration as a mandatory condition of my employment, so if I want to opt out of this Agreement, I may do so by submitting a written request to opt out to Human Resources.  I also understand that if I opt out, my revocation shall be prospective in character as explained in the ADR Policy.  I understand that if I do opt out of this Agreement, I will not be subject to any adverse employment action or be retaliated against in any way because of my decision to opt out.  I am aware that I have had an opportunity to consult with an attorney regarding this Agreement and how it affects my rights

Unlike the provisions of the Menzies Aviation Employee Handbook, the terms of the Agreement to Be Bound by Alternative Dispute Resolution Policy are contractual in nature.

By signing below, I acknowledge that I have reviewed and agreed to the terms and conditions set forth in the ADR Policy and this Agreement.  I further understand that I may change my mind and opt out of this Agreement at any time during my employment, and that my revocation will be prospective in character and shall not apply to any claims initiated prior to opting out of the ADR Policy or to any claims based on facts occurring before you deliver your written request to revoke your agreement to be bound by the ADR Policy.

9/20/2022
_____
Date

Electronically Signed By
HELEN DIXON
_____
Employee Signature

Electronically Signed By
Phillip Welling Black
_____
For Menzies Aviation

HELEN DIXON
_____
Employee Name (Printed)

9/29/2022
_____
Date



7

**EXHIBIT C**



MENZIES
AVIATION

Incorporating **Simplicity USA** and **ASIG**

## AGREEMENT TO BE BOUND BY ALTERNATIVE DISPUTE RESOLUTION POLICY

I agree that in the event employment disputes arise between Menzies Aviation, which includes Simplicity USA, ASIG and any other subsidiaries of Menzies Aviation, (hereinafter referred to collectively as "Menzies Aviation" or Menzies"), on the one hand, and me, on the other hand, I agree to be bound by the Menzies Aviation ADR Policy, which provides for final and binding arbitration of employment-related disputes.

I understand that the Menzies Aviation ADR Policy applies to disputes relating to my employment and the terms and conditions of my employment (unless those terms and conditions are covered and pre-empted by a collective bargaining agreement grievance and arbitration process), including but not limited to my compensation, wages, claims alleging failure to compensate for all hours worked, failure to pay overtime, failure to pay minimum wage, failure to reimburse expenses, failure to pay wages upon termination, failure to provide meal and/or rest breaks, and/or other claims involving employee wages, benefits, discipline, performance evaluations, promotions and transfers, and the termination my employment, as defined in the ADR Policy materials. I also understand that this ADR Policy prohibits me from joining or participating in a class action or representative action, acting as a representative of others or otherwise consolidating a covered claim with claims of others.  However, this ADR policy does not apply to any claim or dispute which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I further acknowledge and agree that the Menzies ADR Policy applies to claims that include, but are not limited to the following: (a) alleged violations of federal, state and/or local constitutions, statutes or regulations, (including but not limited to claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act of 1967, the Equal Pay Act, the Family and Medical Leave Act, any state or local law prohibiting discrimination or harassment in employment, any state or local law providing for family or medical leave of any kind, or any other statutory or common law scheme prohibiting, among other things, discrimination or harassment because of race, color, age, religious creed, national origin, ancestry, disability, sexual orientation, gender identity and sex; (b) claims based on any purported breach of contractual obligation, including breach of the covenant of good faith and fair dealing (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process); (c) claims of wrongful termination or constructive termination (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process); (d) claims based on any purported breach of duty arising tort, including violations of public policy, for emotional distress and defamation (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process); and (e) claims related to the payment or non-payment of wages, expenses and /or the provisions of breaks as required by law, including, but not limited to, the Fair Labor Standards Act and any other statutory scheme governing wages and hours of work (unless covered and pre-empted by a collective bargaining agreement grievance and arbitration process).

In consideration of Menzies Aviation's return agreement to be bound by the Menzies Aviation ADR Policy and have any and all claims arising out of the employment relationship it may have against me resolved in arbitration, and pay the arbitration fees as described therein, it is agreed that the Alternative Dispute Resolution Policy attached hereto which provides for final binding arbitration is the exclusive means for

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

resolving Covered Disputes as defined in the Alternative Dispute Resolution Policy. No other action may be brought in court or in any other forum. I understand that this Agreement is a waiver of all rights to a civil court action for all disputed relating to my employment, the terms and conditions of employment and/or the termination of employment whether brought by me or by Menzies. Only an arbitrator, not a judge or jury, will decide the dispute, and any dispute relating to the interpretation or application of this Agreement, including enforceability, revocability, or validity, shall be decided by an arbitrator and not by a court or judge. In addition, I understand I am prohibiting from joining a class action or representative action, acting as representative of others, or otherwise consolidating a covered claim with the claims of others. I understand that if I do not wish to be bound by this Agreement, I must opt out by following the steps outlined in this Agreement. I agree that my failure to opt out will demonstrate my intention to be bound by this Agreement and my agreement to arbitrate all disputes arising out of or related to your employment as set forth below. Nothing contained in this Agreement is intended to require arbitration of any matter or claim which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I also acknowledge and agree that the following types of disputes are expressly excluded and not covered by this policy: (a) disputes related to workers' compensation and unemployment insurance; and (b) disputes or claims that are expressly excluded by federal or state statute or are expressly required to be arbitrated only under a different procedure pursuant to the terms of any benefit plan or collective bargaining agreement. I also acknowledge and agree that nothing in this ADR Policy prohibits any employee from filing a charge with a state or federal administrative agency, such as the U.S. Equal Employment Opportunity Commission, the National Labor Relations Board, or any state agency or federal agency that investigates and/or administratively adjudicates employment-related matters. A state or federal administrative agency would also be free to pursue any appropriate action. However, any claim that is not resolved administratively through such an agency shall be subject to this agreement to arbitrate and the ADR Policy.

I understand that I have the opportunity to ask questions regarding anything contained in the Menzies ADR Policy prior to my execution of my agreement to be bound by the Menzies ADR Policy.

I also understand that I am free at any time during my employment to opt out of my agreement to be bound by the Menzies ADR Policy and that I must take specific action to participate in legal action in court and/or to participate in any class action, collective action, or representative action. I understand that Menzies does not require arbitration as a mandatory condition of my employment, so if I want to opt out of this Agreement, I may do so by submitting a written request to opt out to Human Resources. I also understand that if I opt out, my revocation shall be prospective in character as explained in the ADR Policy. I understand that if I do opt out of this Agreement, I will not be subject to any adverse employment action or be retaliated against in any way because of my decision to opt out. I am aware that I have had an opportunity to consult with an attorney regarding this Agreement and how it affects my rights

Unlike the provisions of the Menzies Aviation Employee Handbook, the terms of the Agreement to Be Bound by Alternative Dispute Resolution Policy are contractual in nature.

By signing below, I acknowledge that I have reviewed and agreed to the terms and conditions set forth in the ADR Policy and this Agreement. I further understand that I may change my mind and opt out of this Agreement at any time during my employment, and that my revocation will be prospective in character and shall not apply to any claims initiated prior to opting out of the ADR Policy or to any claims based on facts occurring before you deliver your written request to revoke your agreement to be bound by the ADR Policy.

7/18/2022
_____
Date

Electronically Signed By
Tajahne Hobley
_____
Employee Signature

Electronically Signed By
Crystal Lynette Williams
_____
For Menzies Aviation

Tajahne Hobley
_____
Employee Name (Printed)

7/19/2022
_____
Date

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

EXHIBIT D

FOR THE DISTRICT OF cOLORADO

CHIQUITA JOYNER. HELEN DIXON. and )
)
and all others similarly situated, )
)
)
)
FRONTIER AIRLINES. INC.. a Colorado )          ~~Case No : 1:24-cv-1672-KAS~~
)
SERVICES LLC, D/B/A MENZIES )
AVIATION. a Delaware limited liability )
)
INTERNATIONAL, INC., D/B/A MENZIES )
AVIATION. a Delaware corporation. )
)
          Defendants. )
_____ )

## DECLARATION OF TRISSA MOREO

I. Trissa Moreo. being duly sworn. state under oath as follows:

1.      My name is Trissa Moreo. I am over the age of twenty-one and am otherwise competent to testify. I make the following statements based on my personal knowledge.

2.      I am a Passenger Service Manager for the defendants in the above-entitled matter, Simplicity Ground Services LLC. d/b/a Menzies Aviation and Aircraft Service International. Inc. d/b/a Menzies Aviation ("ASI") (collectively, the "Menzies Defendants"). I have personal knowledge of the facts contained in this declaration. and if called upon as a witness. I could and would competently testify thereto.

3.      The Plaintiffs in the above-entitled matter. Chiquita Joyner ("Joyner"). Tajahne Hobley ("Hobley"), and Helen Dixon ("Dixon") (collectively, "Plaintiffs") were all employed by the Menzies Defendants as Customer Service Agents, also known as Passenger Service Agents

or PAX Agents ("Customer Service Agents"). At the Denver International Airport. Customer Service Agents work in one of two primary locations within the airport, either at the check-in and ticketing counter station or at individual gates on the traveling-passenger side of TSA security checkpoints. Customer Service Agents at the check-in and ticketing counter station rotate between three sub-stations. working at either the kiosk. the bag drop counter. or the agent-assist counter.

4.      When working at the kiosk station. Customer Service Agents verbally instruct customers on printing bag tag stickers and how to attach those bag tags to their checked bags. While Customer Service Agents may infrequently assist customers in putting the bag tags on their bags, they do not actually pick up customer baggage or move it onto a conveyor belt or other location while they are assisting customers at the kiosk station. The kiosks also aid the Customer Service Agents in verbally and visually instructing customers how to place their bags on the automated scales/conveyor belts at either the bag drop or agent-assist counters. and Customer Service Agents are not responsible for or involved in moving or transporting the customers' bags from the kiosk station to either of those subsequent counters. Rather. it is the customers themselves that handle and move their own bags. A true and correct copy of a video exemplifying a typical interaction between a Customer Service Agent and customer at the kiosk station is included with this declaration as Exhibit G and showcases a typical interaction at the kiosk station and that Customer Service Agents do not handle. pick up. or move customer baggage at the kiosk station.

5.      At the bag drop counter. a Customer Service Agent's primary duty is to check customer identification paperwork and their boarding pass before the customers themselves place their checked baggage onto an automated scale/conveyor belt system. Consistent with the

process started at the kiosk station. Customer Service Agents working at the bag drop counter are not responsible for picking up, handling, or moving customer baggage onto the conveyor belt system that ultimately results in the baggage reaching other individuals (who are not Customer Service Agents) responsible for loading the baggage onto the applicable aircraft. Rather, the customers themselves place their bags onto the conveyor, which includes a built-in scale to ensure the bags are below weight limits. For customers with bags exceeding weight limits, the Customer Service Agents verbally direct the customer to remove their bag from the scale and either redistribute the weight to another checked bag or proceed to the agent assist counter to pay the fee for overweight bags. A true and correct copy of a video exemplifying a typical interaction between Customer Service Agents at the bag drop counter and customers handling their own bags is included with this declaration as Exhibit H and showcases that Customer Service Agents do not handle, pick up, or move customer baggage at the bag drop station.

6.      The agent-assist counter is a catch-all service for all customers unable to tag their own bags at the kiosk and/or place their baggage onto the conveyor at the bag drop counter. This includes customers with oversized or overweight bags, those who need a physical ticket printed for them, and customers who missed their flight or need to book a new flight. For overweight bags, similar to the bag drop counter, customers themselves place the bags on the combination scale/conveyor belt and pay the overweight bag fee. For oversized bags, an airport worker referred to as a "porter" – who is not employed by the Menzies Defendants – is responsible for handling the oversized bag and ensuring it is loaded onto the correct aircraft. A true and correct copy of a video exemplifying a typical interaction between Customer Service Agent and customer at the agent-assist station is included herein as Exhibit I and showcases that Customer Service Agents do not handle, pick up, or move customer baggage at the agent-assist station.

rare occasions, at either the bag drop counter or agent assist counter, a Customer Service Agent may help a customer load their bag onto the conveyor belt system, primarily if the customer is of an advanced age or suffers from a physical limitation and demonstrates a need for manual assistance. I estimate that this minimal contact by Customer Service Agents with customer bags occurs with less than 1% of all checked baggage of Frontier customers and is intentionally discouraged and limited by the Menzies Defendants except where necessary to assist customers of advanced age or disability in need of limited manual assistance to avoid customer complaints and risk of liability arising from any damage to the baggage.

8.    At the customer gates on the secured side of security checkpoints, Customer Service Agents working at individual gates are responsible for checking customer boarding passes and ensuring their carry-on bags do not exceed size limitations. For bags perceived to be over the size limitations, Customer Service Agents instruct customers to place their carry-on bag into a "bag sizer" to ensure it does not exceed size limits. The Menzies Defendants discourage Customer Service Agents from touching customer carry-on bags during this process to avoid liability issues if the bag sizer rips or tears the bag. If a bag is deemed oversized for a carry-on, the Customer Service Agents will print a bag tag and, similar to the kiosk station, instruct the customer to place the bag tag on the bag and then drop their bag off at the end of the boarding ramp before boarding the plane. After the customer drops the bag off at the end of the boarding ramp, a ramp agent (not a Customer Service Agent) handles the loading of the oversized carry-on bag onto the airplane. At no point during the process should a Menzies Customer Service Agent carry, move, or otherwise transport a customer bag that has been gate-checked onto the aircraft.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

...ecuted on this 14 day of August, 2024.

Trissa More

**EXHIBIT E**

Passenger Service Agent



**MENZIES AVIATION**

| Job title | Passenger Service Agent | | |
|---|---|---|---|
| Reports to | Passenger Service Supervisor/General Manager | | |
| Salary | Non-exempt (hourly) | Location | Denver |
| Bonus Eligible | N | Bonus Percentage | 0% |
| Travel | N | Travel Percentage | 0% |
| Other Titles | Customer Service Agent; Airline Customer Service Representative | | |

**Job Summary and Mission**

As a member of the Menzies Aviation Passenger Service Team you will be responsible for checking in passengers for flights at the ticket counter and gates; as well as verifying passenger documentation, assigning seats, providing gate information, checking baggage, and assisting passengers with their issues in the airport. This individual must adhere to Menzies Aviation uniform guidelines and codes of conduct (no visible tattoos/excessive piercings).

- **Watch Our Passenger Service Agent Video Here:** https://www.youtube.com/watch?v=BZpbmlbdAtk

**Key Responsibilities**

- Assist passengers with check-ins, verification, gate information, baggage claims and any other passenger issues in the airport
- Interpret identification labels along with baggage and cargo routing tags
- Host self-service kiosks
- Ensure that all work areas are organized
- Keep a positive attitude while offering assistance
- Ensure the safe and secure operations
- Comfortable lifting/moving up to 70lbs of cargo and baggage
- Some bending, stretching, pushing & pulling
- Perform other duties as assigned

**Qualifications**

- Must be at least 18 years of age
- Must pass pre-employment drug screen
- Ability to proficiently read, write and speak English
- Must be comfortable lifting 70lbs
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas
- Must pass FBI background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior Customer Service Experience Strongly Preferred
- Intermediate Computer Skills Required

**Knowledge, Skills and Abilities**

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF   

v.2020.04.16

**EXHIBIT F**



MENZIES
AVIATION

- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

## Benefits

- $17.00/hour
- Advancement Opportunities
- Health, Dental, Vision, 401K
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

### Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment. The Passenger Service Agent team is provided a Menzies Aviation uniform including a long coat.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

### Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting passenger bags up to 70lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs.

### EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions,*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



Passenger Service Agent

including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.

Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies Aviation is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at 303-330-5801 or via email at michelle.davidson@menziesaviation.com

The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

| Candidate Signature: | Chiquita Japa |
| Offer Date: | 7/20/2022 |

**EXHIBIT F**



**MENZIES
AVIATION**

**Passenger Service Agent**

| Job title | Passenger Service Agent | | |
|---|---|---|---|
| Reports to | Passenger Service Supervisor/General Manager | | |
| Salary | Non-exempt (hourly) | **Location** | Denver |
| Bonus Eligible | N | **Bonus Percentage** | 0% |
| Travel | N | **Travel Percentage** | 0% |
| Other Titles | Customer Service Agent; Airline Customer Service Representative | | |

## Job Summary and Mission

As a member of the Menzies Aviation Passenger Service Team you will be responsible for checking in passengers for flights at the ticket counter and gates; as well as verifying passenger documentation, assigning seats, providing gate information, checking baggage, and assisting passengers with their issues in the airport. This individual must adhere to Menzies Aviation uniform guidelines and codes of conduct (no visible tattoos/excessive piercings).

- **Watch Our Passenger Service Agent Video Here:** https://www.youtube.com/watch?v=BZpbmlbdAtk

## Key Responsibilities

- Assist passengers with check-ins, verification, gate information, baggage claims and any other passenger issues in the airport
- Interpret identification labels along with baggage and cargo routing tags
- Host self-service kiosks
- Ensure that all work areas are organized
- Keep a positive attitude while offering assistance
- Ensure the safe and secure operations
- Comfortable lifting/moving up to 70lbs of cargo and baggage
- Some bending, stretching, pushing & pulling
- Perform other duties as assigned

## Qualifications

- Must be at least 18 years of age
- Must pass pre-employment drug screen
- Ability to proficiently read, write and speak English
- Must be comfortable lifting 70lbs
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas
- Must pass FBI background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior Customer Service Experience Strongly Preferred
- Intermediate Computer Skills Required

## <u>Knowledge, Skills and Abilities</u>

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2020.04.16

**EXHIBIT F**

**Passenger Service Agent**



MENZIES
AVIATION

- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

### Benefits

- $17.00/hour
- Advancement Opportunities
- Health, Dental, Vision, 401K
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

### Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment. The Passenger Service Agent team is provided a Menzies Aviation uniform including a long coat.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

### Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting passenger bags up to 70lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs.

### EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions,*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

**EXHIBIT F**

Passenger Service Agent



including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.

Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies Aviation is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at 303-330-5801 or via email at michelle.davidison@menziesaviation.com

The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

| Candidate Signature: | Helen Dixon |
| Offer Date: | 9/20/2022 |

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

EXHIBIT F

Passenger Service Agent



## MENZIES AVIATION

| Job title | Passenger Service Agent | | |
|---|---|---|---|
| Reports to | Passenger Service Supervisor/General Manager | | |
| Salary | Non-exempt (hourly) | **Location** | Denver |
| Bonus Eligible | N | **Bonus Percentage** | 0% |
| Travel | N | **Travel Percentage** | 0% |
| Other Titles | Customer Service Agent; Airline Customer Service Representative | | |

**Job Summary and Mission**

As a member of the Menzies Aviation Passenger Service Team you will be responsible for checking in passengers for flights at the ticket counter and gates; as well as verifying passenger documentation, assigning seats, providing gate information, checking baggage, and assisting passengers with their issues in the airport. This individual must adhere to Menzies Aviation uniform guidelines and codes of conduct (no visible tattoos/excessive piercings).

- **Watch Our Passenger Service Agent Video Here:** https://www.youtube.com/watch?v=BZpbmlbdAtk

**Key Responsibilities**

- Assist passengers with check-ins, verification, gate information, baggage claims and any other passenger issues in the airport
- Interpret identification labels along with baggage and cargo routing tags
- Host self-service kiosks
- Ensure that all work areas are organized
- Keep a positive attitude while offering assistance
- Ensure the safe and secure operations
- Comfortable lifting/moving up to 70lbs of cargo and baggage
- Some bending, stretching, pushing & pulling
- Perform other duties as assigned

**Qualifications**

- Must be at least 18 years of age
- Must pass pre-employment drug screen
- Ability to proficiently read, write and speak English
- Must be comfortable lifting 70lbs
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas
- Must pass FBI background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior Customer Service Experience Strongly Preferred
- Intermediate Computer Skills Required

**Knowledge, Skills and Abilities**

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

**EXHIBIT F**

**Passenger Service Agent**



MENZIES
AVIATION

- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- $17.00/hour
- Advancement Opportunities
- Health, Dental, Vision, 401K
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment. The Passenger Service Agent team is provided a Menzies Aviation uniform including a long coat.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting passenger bags up to 70lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs.

**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions,*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

**EXHIBIT F**

**Passenger Service Agent**



**MENZIES AVIATION**

including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.

Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies Aviation is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at 303-330-5801 or via email at michelle.davidison@menziesaviation.com

The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

| Candidate Signature: | |
|---|---|
| Offer Date: | 7/18/2022 |

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF  

**EXHIBIT F**

# Kiosk Station Video

## (see USB drive)

**EXHIBIT G**

# Bag Drop Counter Video

## (see USB drive)

EXHIBIT H

# Agent Assist Counter Video

# (see USB drive)

EXHIBIT I