IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-01672-SKC-KAS

CHIQUITA JOYNER, HELEN DIXON, and
TAJAHNE HOBLEY, *on behalf of themselves
and all others similarly situated*,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC., *a Colorado corporation*,
SIMPLICITY GROUND SERVICES LLC,
D/B/A MENZIES AVIATION, *a Delaware limited liability company*, and
AIRCRAFT SERVICE INTERNATIONAL, INC.,
D/B/A MENZIES AVIATION, *a Delaware corporation*,

      Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFFS' FIRST
AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY
DEMAND [ECF #21]**

---

Pursuant to D.C.COLO.L.CivR 6.1(a), Defendant Frontier Airlines, Inc. ("Frontier") respectfully requests a three-week extension of time, up to and including September 13, 2024, for Frontier to respond to Plaintiff's First Amended Individual and Class Action Complaint and Jury Demand [ECF #21] ("First Amended Complaint"). In support of this Motion, Frontier states as follows:

1. Plaintiffs Chiquita Joyner, Helen Dixon, and Tajahne Hobley (collectively, "Plaintiffs") filed their First Amended Complaint on July 19, 2024. *See*

ECF #21.[1]

2. Plaintiffs and Frontier previously stipulated to a twenty-one (21) day extension of time, up to and including August 23, 2024, for Frontier to respond to Plaintiff's First Amended Complaint. *See* ECF #26.

3. Therefore, without the relief requested in this Motion, Frontier's deadline to respond to Plaintiff's First Amended Complaint remains August 23, 2024.

4. Despite diligent efforts, given the new and complex issues raised in the Motion to Compel Arbitration [ECF #27] filed by Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation ("SGS") and Aircraft Service International, Inc., d/b/a Menzies Aviation ("ASI") (collectively, the "Menzies Defendants") on August 16, 2024, which totals approximately 16 pages, and the Motion to Stay Proceedings filed by the Menzies Defendants today [ECF #28], Frontier requires additional time to conduct an adequate investigation and prepare a response to Plaintiff's First Amended Complaint, which spans approximately thirty-three (33) pages and is comprised of 131 separately numbered paragraphs. In addition, undersigned counsel has been undergoing medical treatments, which have limited her availability and also necessitate additional time for Frontier to respond to Plaintiff's First Amended Complaint.

---

[1] Frontier moved to partially dismiss Plaintiff's original Complaint [ECF #6]. Shortly thereafter, Plaintiffs filed their First Amended Complaint [ECF #21], and the Court denied Frontier's Motion to Partially Dismiss as moot. *See* ECF #22.

2

5. The extension requested will not affect any other deadlines in the case, especially in light of the fact that the Menzies Defendants and Plaintiffs are now briefing whether this case should be compelled to arbitration and this proceeding entirely stayed.

6. Counsel for Frontier conferred with counsel for Plaintiffs who confirmed Plaintiffs do not oppose the relief requested herein.

7. As required by D.C.Colo.LCivR 6.1(c), undersigned counsel will serve a copy of this stipulation on their respective clients.

WHEREFORE, Defendant Frontier Airlines, Inc. respectfully requests a twenty-one (21) day extension of time, up to and including September 13, 2024, to respond to Plaintiff's First Amended Complaint.

Respectfully submitted this 20th day of August, 2024.

*s/ Carolyn B. Theis*
Jennifer S. Harpole
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: jharpole@littler.com
         catheis@littler.com

*Attorney for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2024, I filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT AND JURY DEMAND [ECF #21]** using the Court's CM/ECF filing system which will serve the following parties:

Shelby Woods, #48606
Abby Zinman, #57792
HKM Employment Attorneys LLP
518 17th Street, Suite 1100
Denver, CO 80202
Phone No.: 720.235.0105
Email: swoods@hkm.com
        azinman@hkm.com

*Attorneys for Plaintiffs*

Michael F. Ryan
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Phone: (713) 276-5500
Facsimile: (713) 276-5555
Email: mryan@foley.com

*Attorney for Defendants SGS and ASI*

                                                *s/ Joanna Fox*
                                                Joanna Fox, Legal Secretary

4

5

**SKC CIV. PRACTICE STANDARD 6.1A(C) CERTIFICATE**

Pursuant to SKC Civ. Practice Standard 6.1A(c), undersigned counsel for Frontier will serve Jacalyn Peter, Vice President, Labor Relations, Frontier Airlines, Inc., with a file-stamped copy of this Stipulation on August 20, 2024.

*s/ Carolyn B. Theis*
Attorney for Frontier Airlines, Inc.

4875-4710-8058.1 / 057446-1095