IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01672-SKC-KAS

CHIQUITA JOYNER,
HELEN DIXON, and
TAJAHNE HOBLEY,
        on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

FRONTIER AIRLINES, INC., a Colorado corporation,
SIMPLICITY GROUND SERVICES, LLC, a Delaware limited liability company doing
business as Menzies Aviation, and
AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation doing business
as Menzies Aviation,

        Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

        This matter is before the Court on Defendants Simplicity Ground Services LLC and
Aircraft Service International, Inc.'s **Motion to Stay Proceedings** [#28] (the "First
Motion") and on Defendant Frontier Airlines, Inc.'s **Motion to Vacate
Scheduling/Planning Conference and All Pending Deadlines and Stay This Action
and Request for Expedited Briefing** [#34] (the "Second Motion"). All Defendants seek
a stay of this action pending resolution of their Motions to Compel Arbitration [#27, #33].
Both the First Motion [#28] and the Second Motion [#34] are opposed.

        The First Motion [#28] was filed on August 20, 2024, and therefore a Response is
currently due September 10, 2024. *See* D.C.COLO.LCivR 7.1(d). The Second Motion
[#34] was filed on September 3, 2024, and therefore a Response is currently due
September 24, 2024. *See id.* The Scheduling Conference is set for September 18, 2024,
and the proposed scheduling order is due September 11, 2024. The deadline for
Defendant Frontier Airlines, Inc. to answer or otherwise respond to the operative
complaint is September 13, 2024. *Order* [#32].

        In the Second Motion [#34], Defendant Frontier Airlines, Inc. asks for an extremely
abbreviated briefing schedule, with Plaintiff's Response to the Second Motion [#34] being
due September 9, 2024, and Defendant Frontier Airlines, Inc.'s Reply due September 11,

2024, apparently with the expectation that the Court will immediately issue an order on the Second Motion [#34] prior to its answer deadline.

The Court is not inclined to set such an abbreviated briefing schedule, particularly given that all parties have been on notice since July 11, 2024, of the date of the Scheduling Conference, *see* [#19], and there is no reason known to the Court why the Second Motion [#34] could not have been filed earlier.

Nevertheless, in the interest of efficiency, the Court finds that a slightly abbreviated briefing schedule and a brief continuance of the Scheduling Conference are warranted.[1]

IT IS HEREBY **ORDERED** that the deadline for Plaintiffs to file a Response to the Second Motion [#34] is **September 10, 2024**, the same as their deadline to file a Response to the First Motion [#28]. Defendants may file their Replies **no later than September 17, 2024**.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 18, 2024, at 11:00 a.m. is **VACATED** and **RESET** to **October 2, 2024**, at **9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. The deadline to file a proposed scheduling order is extended to **September 25, 2024**.

Dated: September 4, 2024

---

[1] The Court is not inclined to extend Defendant Frontier Airlines, Inc.'s September 13, 2024 deadline to answer or otherwise respond to the operative complaint, given that it has already obtained six weeks' worth of extensions in which to make this filing. *See* [#26, #32].

2