# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01672-SKC-KAS

CHIQUITA JOYNER,
HELEN DIXON, and
TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC., a Colorado corporation;
SIMPLICITY GROUND SERVICES LLC, d/b/a MENZIES AVIATION, a Delaware limited liability company; and
AIRCRAFT SERVICE INTERNATIONAL, INC., d/b/a MENZIES AVIATION, a Delaware corporation,

    Defendants.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO STAY PROCEEDINGS

Plaintiffs, Chiquita Joyner, Helen Dixon, and Tajahne Hobley, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, HKM Employment Attorneys, LLP, hereby move the Court to extend the deadline for Plaintiffs' Response to the Menzies Defendants' Motion to Stay Proceedings and Defendant Frontier Airlines Inc.'s Motion to Vacate Scheduling/Planning Conference and All Pending Deadlines and Stay This Action and Request for Expedited Briefing by one (1) week to September 17, 2024, and in support thereof states as follows:

    1.    Pursuant to D.C.COLO.LCivR. 7.1, counsel for Plaintiffs certify that they have conferred with counsel for Defendants on this Motion. Defendants Simplicity Ground Services, LLC, d/b/a Menzies Aviation and Aircraft Services International, Inc., d/b/a Menzies Aviation

(herein collectively referred to as the "Menzies Defendants") do not oppose. Defendant Frontier Airlines, Inc. opposes the relief requested.

2. Pursuant to C.R.C.P. 121 § 1-11, counsel for Plaintiffs certify that a copy of this Motion has also been served on Plaintiffs.

3. On August 16, 2024, the Menzies Defendants filed a Motion to Compel Arbitration in the above referenced matter.

4. On August 20, 2024, the Menzies Defendants filed a Motion to Stay Proceedings in the above referenced matter pending the Court's decision on their Motion to Compel Arbitration (the "First Motion").

5. On August 29, 2024, counsel for Plaintiffs conferred with counsel for the Menzies Defendants over Zoom regarding Plaintiffs' requested extension of one-week to respond to the Menzies Defendants' Motion to Stay Proceedings. The Menzies Defendants did not oppose Plaintiffs' requested extension, given that Plaintiffs' counsel will both be in depositions the week of September 9, 2024, and lead counsel will be traveling out-of-state for the same. Though counsel for Defendant Frontier Airlines, Inc. ("Frontier") was present for this Zoom conferral, no pending motion was on file on behalf of Defendant Frontier necessitating any extension at that time. Counsel did not confer regarding Defendant Frontier's request for an expedited briefing schedule on the motion to stay Defendant Frontier indicated it intended to file on an unspecified date.

6. On September 3, 2024, Defendant Frontier Airlines, Inc. filed a Motion to Vacate Scheduling/Planning Conference and All Pending Deadlines and Stay This Action and Request for Expedited Briefing (the "Second Motion").

7. The deadline for Plaintiffs to respond to the Menzies Defendants' Motion to Stay Proceedings is currently September 10, 2024.

8. On September 4, 2024, the Court ordered that the deadline for Plaintiffs to file a Response to the Second Motion be set to September 10, 2024, the same date as the deadline to file a Response to the First Motion.

9. Consistent with Plaintiffs' counsel's prior conferral with counsel for the Menzies Defendants, immediately after seeing the Court's September 4, 2024 Order, Plaintiffs' counsel reached out to counsel for Defendant Frontier via email and over the phone to confer in good faith regarding Plaintiffs' requested extension, though Defendant Frontier was already aware of Plaintiffs' extension request to September 17, 2024 to respond to the First Motion due to both counsel for Plaintiffs being in depositions the week of September 9, 2024, which will require lead counsel to travel out-of-state. On the afternoon of September 5, 2024, Counsel for Defendant Frontier responded that it opposes Plaintiff's requested extension on the grounds that the Court just entered its Order outlining an expedited schedule for Plaintiff's response to the Second Motion.

10. In the Court's September 4, 2024 Order, the Court explained that it was setting a slightly abbreviated briefing schedule and a brief continuance of the Scheduling Conference "in the interest of efficiency," but denied Defendant Frontier's Motion for an extremely abbreviated briefing schedule, which the Court noted was requested "apparently with the expectation that the Court will immediately issue an order on the Second Motion [#34] prior to its answer deadline." *See* Minute Order, Document #36. The Court further noted that Defendant Frontier has already received six weeks' worth of extensions in which to file its Answer, which Plaintiffs did not oppose. *Id.*

11. Given the Court's denial of Defendant Frontier's Motion for an extremely abbreviated briefing schedule, Defendant Frontier will not be prejudiced by the extension

requested by Plaintiffs, as the Court will not be able to issue a ruling on Defendants' Motions to Stay prior to the date Frontier's Answer is due whether the Court grants Plaintiffs' requested extension or not. This is especially true given the Court has already stated it is not inclined to provide Frontier with another extension on the deadline for its Answer. *See* Minute Order, Document #36, n. 1.

12. Plaintiffs further request relief from the Court's Practice Standard V.7 requiring Motions for Extension to be filed three (3) business days prior to the operative deadline in responding to the Second Motion, given the Second Motion was just filed on September 3, 2024. Furthermore, the Court's Order setting the deadline to respond to the Second Motion as September 10, 2024 was made on the morning of September 5, 2024, which is less than three (3) business days prior to the operative deadline, and the Menzies Defendants do not oppose the requested extension as to Plaintiff's response to the First Motion.

13. Counsel for Plaintiffs therefore request an extension of one (1) week to file their Responses to the First Motion and Second Motion, up through and including September 17, 2024.

14. Good cause exists due to both counsel for Plaintiffs being in depositions during the week of September 9, 2024, which will require lead counsel for Plaintiffs to travel out-of-state.

15. If the Court grants Plaintiff's Motion and provides for a new deadline for Defendants' Replies on September 24, 2024, the extension requested will not affect any other deadlines in the case, as the Court has already moved the Scheduling Conference to October 2, 2024.

16. This is Plaintiffs' first request for an extension of time and granting this extension will not unfairly prejudice any party, especially because the relief requested is unopposed by the Menzies Defendants.

## **CONCLUSION**

WHEREFORE, Plaintiffs respectfully move this Court to extend their deadline to respond to the Menzies Defendants' Motion to Stay Proceedings and Defendant Frontier Airlines, Inc.'s Motion to Vacate Scheduling/Planning Conference and All Pending Deadlines and Stay This Action and Request for Expedited Briefing by one (1) week through and including September 17, 2024.

Respectfully submitted on this 5th day of September, 2024.

**HKM Employment Attorneys, LLP**

By: */s/ Abby Zinman*
Shelby Woods, #48606
Abby Zinman #57792
518 17th Street, Suite 1100
Denver, CO 80202
Tele: (720) 410-8372
swoods@hkm.com
azinman@hkm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 5, 2024, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MENZIES DEFENDANTS' MOTION TO STAY PROCEEDINGS** was served via CM/ECF on the following:

Michael F. Ryan
Foley & Lardner, LLP
1400 16th Street, Suite 200
Denver, Colorado 80202
(720) 437-2000
(720) 437-2200
mryan@foley.com

*Attorneys for Defendants Simplicity Ground Services LLC,*
*d/b/a Menzies Aviation; and Aircraft Service International,*
*Inc., d/b/a Menzies Aviation*

Jennifer S. Harpole
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Phone: 303.629.6200
Fax: 303.629.0200
jharpole@littler.com
catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

/s/ Tammy Harris
Tammy Harris