## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-01672-SKC-KAS

CHIQUITA JOYNER, HELEN DIXON, and
TAJAHNE HOBLEY, *on behalf of themselves
and all others similarly situated*,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC., *a Colorado corporation*,
SIMPLICITY GROUND SERVICES LLC,
D/B/A MENZIES AVIATION, *a Delaware limited liability company*, and
AIRCRAFT SERVICE INTERNATIONAL, INC.,
D/B/A MENZIES AVIATION, *a Delaware corporation*,

      Defendants.

---

### DEFENDANT FRONTIER AIRLINES INC.'S <u>UNOPPOSED</u> MOTION TO RESET SCHEDULING CONFERENCE

---

Defendant Frontier Airlines, Inc. ("Frontier") hereby respectfully requests that the Court reset the Scheduling Conference currently set for October 2, 2024, to the morning of September 30, 2024, or another date convenient for the Court. In support of this request, Frontier states as follows:

1. Pursuant to D.C.COLO.L.Civ.R. 7.1(a), counsel for Frontier conferred with counsel for Plaintiffs Chiquita Joyner, Helen Dixon, and Tajahne Hobley ("Plaintiffs") and counsel for Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation, and Aircraft Service International, Inc., d/b/a Menzies Aviation

(collectively, "Menzies") prior to filing this motion. Neither Plaintiffs nor Menzies have any objection to resetting the Scheduling Conference.

2. The Scheduling Conference in this case was originally set for September 18, 2024. *See* ECF #19.

3. After Menzies and Frontier filed motions to stay [ECF #28 and ECF #34, respectively] this case pending resolution of their motions to compel arbitration [ECF #27, ECF #33, respectively], the Court entered a Minute Order, ordering expedited briefing on the motions to stay, vacating the original Scheduling Conference setting, and resetting the Scheduling Conference to October 2, 2024, at 9:30 a.m. *See* ECF #36.[1]

4. Counsel for Frontier have conflicts with the October 2nd setting. Ms. Harpole will be traveling for a deposition out of state, and Ms. Theis will be recovering from a medical procedure.

5. Counsel for Plaintiffs, Menzies, and Frontier are available on the morning of September 30, 2024, a date Chambers previously indicated as available.

6. No party will be prejudiced by this request, especially if the Scheduling Conference is reset to the date proposed given it is sooner than the current setting.

---

[1] Frontier moved to vacate the Scheduling Conference along with moving to stay, and that motion was fully briefed as of September 17, 2024 [ECF ## 43, 45]. If the Court grants the motion to vacate, this motion can be denied as moot.

2

WHEREFORE, for the reasons stated above, Frontier respectfully requests that the Court reset the Scheduling Conference currently set for October 2, 2024, to the morning of September 30, 2024, or another date convenient for the Court.

Respectfully submitted this 20th day of September, 2024.

*s/ Jennifer S. Harpole*
Jennifer S. Harpole
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: jharpole@littler.com
       catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## SKC CIV. PRACTICE STANDARD 6.1A(C) CERTIFICATE

Pursuant to SKC Civ. Practice Standard 6.1A(c), undersigned counsel for Frontier will serve Jacalyn Peter, Vice President, Labor Relations, Frontier Airlines, Inc., with a file-stamped copy of this unopposed motion on September 20, 2024.

*s/ Jennifer S. Harpole*
*Jennifer S. Harpole*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2024, I filed the foregoing **DEFENDANT FRONTIER AIRLINES INC.'S** <u>**UNOPPOSED**</u> **MOTION TO RESET SCHEDULING CONFERENCE** using the Court's CM/ECF filing system which will serve the following parties:

Shelby Woods, #48606
Abby Zinman, #57792
HKM Employment Attorneys LLP
518 17th Street, Suite 1100
Denver, CO 80202
Phone No.: 720.235.0105
Email: swoods@hkm.com
       azinman@hkm.com

*Attorneys for Plaintiffs*

Michael F. Ryan
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Phone: (713) 276-5500
Facsimile: (713) 276-5555
Email: mryan@foley.com

*Attorney for Defendants SGS and ASI*

                                    *s/ Joanna Fox*
                                    Joanna Fox, Legal Assistant

4890-1365-9623.2 / 057446-1095

4