IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-01672-SKC-KAS

CHIQUITA JOYNER, HELEN DIXON, and
TAJAHNE HOBLEY, *on behalf of themselves
and all others similarly situated*,

        Plaintiffs,

v.

FRONTIER AIRLINES, INC., *a Colorado corporation*,
SIMPLICITY GROUND SERVICES LLC,
D/B/A MENZIES AVIATION, *a Delaware limited liability company*, and
AIRCRAFT SERVICE INTERNATIONAL, INC.,
D/B/A MENZIES AVIATION, *a Delaware corporation*,

        Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT FRONTIER AIRLINES, INC. TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION [DKT. #33]**

---

Defendant Frontier Airlines, Inc. ("Frontier") hereby respectfully requests a seven (7) day extension of time, up to and including October 15, 2024, to file its Reply in Support of its Motion to Compel Arbitration [Dkt. #33]. In support of this request, Frontier states as follows:

1.    Pursuant to D.C.COLO.L.Civ.R. 7.1(a), counsel for Frontier conferred with counsel for Plaintiffs Chiquita Joyner, Helen Dixon, and Tajahne Hobley ("Plaintiffs") and counsel for Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation, and Aircraft Service International, Inc., d/b/a Menzies Aviation

(collectively, "Menzies") prior to filing this motion. Neither Plaintiffs nor Menzies have any objection to resetting the Scheduling Conference.

2.   Frontier filed its Motion to Compel Arbitration [Dkt. #33] on September 3, 2024.

3.   Plaintiffs filed their Response to Frontier's Motion to Compel Arbitration [Dkt. #51] on September 24, 2024.

4.   Without the relief requested herein, Frontier's deadline to file its Reply in Support of Frontier's Motion to Compel Arbitration is October 8, 2024.

5.   Despite diligent efforts, Frontier's counsel cannot meet the October 8, 2024 deadline. Ms. Harpole will be in out-of-state depositions October 2, 2024 through October 4, 2024, and Ms. Theis will be out most of the week of September 30, 2024 for a medical procedure and related recovery.

6.   Therefore, Frontier respectfully requests a one-week extension of its deadline to file its Reply in Support of Frontier's Motion to Compel Arbitration, up to and including October 15, 2024.

7.   Frontier has not previously requested an extension of time to file its Reply in Support of its Motion to Compel Arbitration, but previously obtained a six (6) week extension of time to file its response to Plaintiffs' First Amended Complaint and Jury Demand [Dk. #21]. *See* Dkt. #26; #31; #32.

8. Frontier is not seeking the extension requested herein for any improper purpose or to cause any undue delay, and the requested extension will not affect any other deadlines in this case and no party will be prejudiced.

9. As required by D.C.Colo.LCivR 6.1(c), undersigned counsel certifies that they have notified Frontier of the relief requested herein and are serving a copy of this Unopposed Motion upon them.

WHEREFORE, Frontier respectfully requests a seven (7) day extension of time, up to and including October 15, 2024, to file its Reply in Support of its Motion to Compel Arbitration [Dkt. #33].

Respectfully submitted this 27th day of September, 2024.

*s/ Carolyn B. Theis*
Jennifer S. Harpole
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: jharpole@littler.com
catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2024, I filed the foregoing **UNOPPOSED MOTION TO EXTEND DEFENDANT FRONTIER AIRLINES, INC.'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION [Dkt. #33]** using the Court's CM/ECF filing system which will serve the following parties:

| | |
|---|---|
| Shelby Woods<br>Abby Zinman<br>HKM Employment Attorneys LLP<br>518 17th Street, Suite 1100<br>Denver, CO 80202<br>Phone No.: 720.235.0105<br>Email: swoods@hkm.com<br>         azinman@hkm.com<br><br>*Attorneys for Plaintiffs* | Michael F. Ryan<br>Christopher Ward<br>Foley & Lardner LLP<br>1000 Louisiana Street, Suite 2000<br>Houston, TX 77002<br>Phone: (713) 276-5500<br>Facsimile: (713) 276-5555<br>Email: mryan@foley.com<br>         cward@foley.com<br><br>*Attorney for Defendants SGS and ASI* |

*s/ Joanna Fox*
Joanna Fox, Legal Secretary

## SKC CIV. PRACTICE STANDARD 6.1A(C) CERTIFICATE

Pursuant to SKC Civ. Practice Standard 6.1A(c), undersigned counsel for Frontier will serve Jacalyn Peter, Vice President, Labor Relations, Frontier Airlines, Inc., with a file-stamped copy of this Stipulation on September 27, 2024.

*s/ Carolyn B. Theis*
Carolyn B. Theis

4856-0521-2138.2 / 057446-1095

4