IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-01672-SKC-KAS

CHIQUITA JOYNER, *et al.*, *on behalf of themselves and all others similarly situated*,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC., et al,

      Defendants.

**DEFENDANT FRONTIER AIRLINES INC.'S APPENDIX TO REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION [ECF #33]**

| **Exhibits** | **Pages** |
|---|---|
| 1. Declaration of Travis Romero (Exhibit A) | 1-4 |
| 2. Email dated Oct. 7, 2024 from C. Theis to S. Woods, et al. (Exhibit B) | 5 |
| 3. October 10, 2024 Video Footage – Bag Drop (Exhibit C) | 6 |
| 4. October 10, 2024 Video Footage – Agent Assist (Exhibit D) | 7 |

1

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-01672-SKC-KAS

CHIQUITA JOYNER, *et al., on behalf of themselves
and all others similarly situated*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC., et al,

    Defendants.

**DECLARATION OF TRAVIS ROMERO**

I, Travis Romero, declare as follows:

1. I have been employed by Frontier Airlines, Inc. ("Frontier) since 2017. I was previously employed by Frontier from 2007 to 2015. I was employed by Menzies Aviation from 2016 to 2017.

2. My current title is Station Operations Manager. As of December 2024, I will have had this title for seven years.

3. I have personal knowledge of the facts set forth in this declaration, and/or I have knowledge of such facts based on personnel business records and files, which I have reviewed.

4. I am authorized to make this declaration on behalf of Frontier, and if called as a witness, I could and would testify competently to such facts contained herein.

5. In my current role as Station Operations Manager, I work onsite at Denver International Airport (DIA) five days a week (Tuesday through Saturday) for approximately 8 to 10 hours per day where I oversee Frontier's operations at DIA, with the exception of maintenance and flight crews.

**EXHIBIT A**

6. In the performance of my job duties, I routinely observe Customer Service Agents (CSAs) employed by Menzies who are stationed at Frontier's check-in and ticketing area, including the self-service kiosks, bag drop, and agent assist counter, and the Frontier gates on the traveling-passenger side of security checkpoints.

7. In my observation, CSAs working in the Frontier check-in and ticketing area primarily provide verbal instruction to customers regarding how to access boarding passes and baggage tags, how to tag bags, where to drop checked bags, etc., check customer identification for customers checking baggage, and provide general customer service, answering Frontier customer questions, and addressing customer concerns.

8. Frontier's ticketing and check-in operations at DIA are largely automated, designed to minimize CSA physical labor, and include a number of customer self-service kiosks and an automated conveyor belt where customers are instructed to drop their checked baggage.

9. It is my understanding that Menzies CSAs are not responsible for handling customer baggage and instructed to avoid directly handling customer baggage except where absolutely necessary.

10. CSAs working the ticket counter, kiosks, and agent-assist station may on occasion assist a customer with moving or handling baggage, but those instances are very rare. Further, at the agent-assist station, podiums obstruct CSAs' ability to easily access customer baggage before customers have placed it on the adjacent scale.

11. On extremely rare occasions, DIA experiences a Federal Aviation Administration (FAA) system outage or severe weather during which flights are grounded or delayed.

12. During a system outage, the conveyor belts at DIA do not function and baggage is not loaded onto aircrafts during such outages. As a result, CSAs handle customer baggage more

frequently than is typical, moving and rearranging customer baggage in the ticketing and check-in area to make room for travelers and airport personnel passing through.

13. I have reviewed the three videos from January 2023 submitted by the Plaintiffs in this case and based on the amount of baggage reflected in the videos, believe that they were made on or around January 11, 2023, when DIA was impacted by an FAA system outage, or on or around a day when DIA was severely impacted by weather, both occasions resulting in significant flight cancellations and delays.

14. A true and correct copy of a video exemplifying typical interactions between CSAs working in the check-in and ticketing area at DIA is attached to this declaration as Exhibit A. DIA does not allow filming in the sterile area of the airport.

15. In my observation, CSAs working at Frontier gates primarily keep Frontier customers informed regarding the status of flights and gate changes, process standby customers, check boarding passes, and provide instruction regarding carry-on and oversized baggage.

16. In my observation, CSAs working the gates almost never physically move or handle customer baggage. Customers are instructed to place oversized baggage or baggage they have agreed to check on carts handled by ramp agents, not CSAs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

**EXHIBIT A**

Executed on October 15, 2024, in Denver, Colorado.

_____
Travis Romero
Station Operations Manager, Frontier Airlines, Inc.

4

**EXHIBIT B**

| | |
|---|---|
| **From:** | Theis, Carolyn |
| **To:** | Woods, Shelby; Zinman, Abby |
| **Cc:** | Harpole, Jennifer; Ward, Christopher; Ryan, Michael F. |
| **Subject:** | Joyner, et al. v. Frontier & Menzies - Video Submissions |
| **Date:** | Monday, October 7, 2024 4:51:00 PM |
| **Attachments:** | image001.png<br>image002.png |

Hi Shelby and Abby,

Could you please provide us with the date(s) and time(s) the videos you submitted in support of your opposition to the motions to compel arbitration were created? I'm not seeing metadata reflecting that information.

Thank you,
Carolyn

**Carolyn Theis**

Attorney at Law

303.362.2850 direct, 314.346.4333 mobile

CaTheis@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere

1900 Sixteenth Street, Suite 800, Denver, CO 80202-5835