

321 N. CLARK STREET
SUITE 3000
CHICAGO, IL 60654
312.832.4500 TEL
312.832.4700 FAX
FOLEY.COM

December 3, 2024

*Via ECF Filing*
The Honorable S. Kato Crews
United States District Court for Colorado
901 19th Street
Denver, CO 80294

      Re:   *Chiquita Joyner, et al v. Frontier Airlines, et al*
            Case No.: 1:24-cv-1672-SKC-TPO

Dear Judge Crews:

    Defendants Simplicity Ground Services LLC, d/b/a Menzies Aviation ("SGS") and Aircraft Service International, Inc., d/b/a Menzies Aviation ("ASI") (collectively, the "Menzies Defendants") respond, very briefly, to Plaintiffs' Notice of Supplemental Authority (the "Supplemental Authority") (ECF No. 59), only to point out that the Supplemental Authority was submitted in an improper form for an improper purpose. The Menzies Defendants see no need to offer counter-analysis of the inapposite cases cited by Plaintiffs, as the Court can certainly determine for itself that cases concerning last mile delivery drivers who physically transport goods have no material bearing on this matter, where the key issue is whether and to what extent the Plaintiffs even physically interact with customer luggage.

    The larger concern for the Menzies Defendants is Plaintiffs' use of "Supplemental Authority" as a ruse to file another substantive brief. Though the

The Honorable S. Kato Crews
December 3, 2024
Page 2

Federal Rules of Civil Procedure and this Court's procedures and local rules do not expressly set standards for supplemental authorities, Fed. R. App. P. 28(j) makes plain such notices are not intended for use as additional briefing. *See* FED. R. APP. P. 28(j) (specifying that supplemental authorities should, among other things, be in letter form and not exceed 350 words). Plaintiffs' five-page Supplemental Authority is not in keeping with such spirit, and as such the Court should decline to consider it.

Regards,

*/s/ Christopher Ward*

Christopher Ward