UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>          Defendants. | Case No.: 1:24-cv-1672-KAS-TPO |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to C.R.C.P. 121 § 1-1, 2(a), attorneys Jennifer S. Harpole and Carolyn B. Thesis of Littler Mendelson, P.C., hereby collectively withdraw as counsel for Defendant Frontier Airlines, Inc. ("Frontier").

Simultaneously, Christopher C. Ward and Michael F. Ryan of Foley & Lardner LLP ("Foley"), hereby enter their appearance as counsel on behalf of Defendant Frontier Airlines. Messrs. Ward and Ryan should receive a copy of all future correspondence and documentation in the above-captioned proceeding. Pursuant to D.C. COLO.LAttyR 5(a)(3)(B), Messrs. Ward and Ryan's contact information is

contained in the signature block below. Pursuant to D.C.COLO.LAttyR 5(a)(3)(C), Messrs. Ward and Ryan hereby certify they are members in good standing of the bar of this Court.

Dated this 8th day of January, 2025.

/s/ *Jennifer S. Harpole*
Jennifer S. Harpole
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: jharpole@littler.com

/s/ *Christopher Ward*
Christopher Ward
**Foley & Lardner LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
Email: cward@foley.com

/s/ *Carolyn B. Theis*
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

/s/ *Michael F. Ryan*
Michael F. Ryan
**Foley & Lardner LLP**
1400 16th Street, Suite 200
Denver, CO 80202
Tel: (720) 437-2000
Fax: (720) 437-2200
Email: mryan@foley.com

*Attorneys for Simplicity Ground Services LLC, d/b/a Menzies Aviation and Aircraft Service International, Inc., d/b/a Menzies Aviation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 8, 2025, a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was filed and served via CM/ECF on all parties of record.

                                              /s/ *Christopher Ward*
                                                Christopher Ward