UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>Defendants. | Case No.: 1:24-cv-1672-KAS-TPO |

**ENTRY OF APPEARANCE**

Christopher Ward of the law firm of Foley & Lardner LLP, hereby enters his appearance as counsel of record for Defendant Frontier Airlines, Inc. ("Frontier"). Mr. Ward certifies that he is a member in good standing of the bar of this Court.

Dated: January 8, 2025                                     Respectfully submitted,


                                                        /s/ *Christopher Ward*
                                                      Christopher Ward
                                                      Foley & Lardner LLP
                                                      321 N. Clark Street, Suite 3000
                                                      Chicago, IL 60654
                                                      Tel: (312) 832-4500
                                                      Fax: (312) 832-4700
                                                      cward@foley.com


                                                      Michael F. Ryan
                                                      Foley & Lardner LLP
                                                      1400 16th Street, Suite 200
                                                      Denver, CO 80202
                                                      Tel: (720) 437-2000
                                                      Fax: (720) 437-2200
                                                      mryan@foley.com

                                                      *Attorneys for Frontier Airlines, Inc.*


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 8th day of January, 2025, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via CM/ECF on all parties of record.

                                                      /s/ *Christopher Ward*
                                                       Christopher Ward