UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHIQUITA JOYNER, HELEN DIXON, and TAJAHNE HOBLEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; SIMPLICITY GROUND SERVICES LLC, D/B/A MENZIES AVIATION, a Delaware limited liability company; and AIRCRAFT SERVICE INTERNATIONAL, INC., D/B/A MENZIES AVIATION, a Delaware corporation,<br><br>    Defendants. | Case No.: 1:24-cv-1672-KAS-TPO |

**ENTRY OF APPEARANCE**

Michael F. Ryan of the law firm of Foley & Lardner LLP, hereby enters his appearance as counsel of record for Defendant Frontier Airlines, Inc. ("Frontier"). Mr. Ryan certifies that he is a member in good standing of the bar of this Court.

Dated: January 8, 2025                    Respectfully submitted,

                                        /s/ *Michael F. Ryan*
                                        Michael F. Ryan
                                        Foley & Lardner LLP
                                        1400 16th Street, Suite 200
                                        Denver, CO 80202
                                        Tel: (720) 437-2000
                                        Fax: (720) 437-2200
                                        mryan@foley.com

                                        Christopher Ward
                                        Foley & Lardner LLP
                                        321 N. Clark Street, Suite 3000
                                        Chicago, IL 60654
                                        Tel: (312) 832-4500
                                        Fax: (312) 832-4700
                                        cward@foley.com

                                        *Attorneys for Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2025, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via CM/ECF on all parties of record.

                                        /s/ *Michael F. Ryan*
                                        Michael F. Ryan