IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. District Judge S. Kato Crews

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Mary George | Date: February 21, 2025 |

Case No.: 24-cv-01672-SKC-TPO

| Parties | Counsel |
|---|---|
| CHIQUITA JOYNER,<br>HELEN DIXON, and<br>TAJAHNE HOBLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.; and<br>SIMPLICITY GROUND SERVICES, LLC, d/b/a<br>Menzies Aviation;<br><br>    Defendants. | Abigail Zinman<br>Shelby Woods<br><br><br><br><br><br><br><br>Christopher Ward<br>Michael Ryan |

## COURTROOM MINUTES

**MOTIONS HEARING – Motions to Compel Arbitration (ECF Nos. 27 and 33)**
**Court in session:** 9:00 a.m.

The Court calls case. Appearances of counsel. Plaintiffs are present. Present with defense counsel is Trissa Moreo.

The Court addresses his questions regarding the motions with counsel.

The Court states findings regarding the burden of proof and the issue of fact for today's hearing.

9:16 a.m.    Plaintiffs' witness, Chiquita Joyner, is sworn, examined by Ms. Woods, and questioned by the Court.

| | |
|---|---|
| 10:02 a.m. | Cross-examination of Chiquita Joyner by Mr. Ward. |
| 10:35 a.m. | Redirect examination of Chiquita Joyner by Ms. Woods. |
| 10:41 a.m. | Witness is excused. |

**Court in recess:**      **10:41 a.m.**
**Court in session:**     **10:56 a.m.**

| | |
|---|---|
| 10:57 a.m. | Plaintiffs' witness, Helen Dixon, is sworn, examined by Ms. Woods, and questioned by the Court. |
| 11:39 a.m. | Cross-examination of Helen Dixon by Mr. Ward. |
| 11:58 a.m. | Witness is excused. |

**Court in recess:**      **12:00 p.m.**
**Court in session:**     **12:50 p.m.**

| | |
|---|---|
| 12:51 p.m. | Plaintiffs' witness, Tajahne Hobley, is sworn, examined by Ms. Woods, and questioned by the Court. |
| 1:13 p.m. | Cross-examination of Tajahne Hobley by Mr. Ward and questioning by the Court. |
| 1:27 p.m. | Witness is excused. |

Plaintiffs rest.

| | |
|---|---|
| 1:28 p.m. | Defendants' witness, Trissa Moreo, is sworn and examined by Mr. Ryan. |
| 1:45 p.m. | Cross-examination of Trissa Moreo by Ms. Woods and questioning by the Court. |
| 2:20 p.m. | Witness is excused. |

Defendants rest.

| | |
|---|---|
| 2:22 p.m. | Counsel present closing arguments. |

The Court takes the motions under advisement.

**Court in recess:**      **3:14 p.m.**
Time in court:            5:09
Hearing concluded.